Troy Thompson

Case # _____

## Affidavit of Service

I, <u>Sherry Tucker</u>, certify that on February 1, 2006, @ 12: 35 p.m., pursuant to District of Columbia Rules, I personally served a copy of the Complaint to, Robert Spagnoletti (Attorney General) and secretary of the Robert Spagnoletti, Mrs. A. Jackson @ 441 4th St., Washington DC 20001. I solemnly affirm under the penalties of perjury that the contents of this affidavit are true and correct.

_____
Sherry Tucker

UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| TROY THOMPSON<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil Action No:. 06cv00063 |
| DISTRICT OF COLUMBIA<br>    Defendant | :<br>:<br>:<br>:<br>: |

_____

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

   I, Sherry Tucker, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

   That at 12:35 pm on the 1st day of February, 2006, I served the above named defendant personally, Brian Barnett, a copy of the Summons and Complaint at 441 4th Street, NW, Washington, DC 20001.

                                                         _____/s/_____
                                                             Sherry Tucker

Subscribed and sworn to before me this _____ day of _____2006.

                                                             _____
                                                             Notary Public

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was mailed, postage pre-paid on the ___ day of March, 2003 to the following individual.

Brian Barnett
1113 Rosemere Avenue
Silver Spring, Maryland 20917

_____
Reuben Collins