# **AFFIDAVIT OF REUBEN B. COLLINS, II**

I, REUBEN B. COLLINS, II, the affiant, first being duly sworn upon oath, depose that:

1. I am licensed to practice law before this Honorable Court.

2. I am of sound mind and body.

3. My office is located at 201 Centennial Street, La Plata, Maryland 20646.

4. For the record, I hired process Server Sherry Tucker to serve Attorney General of the District of Columbia Robert Spagnoletti in case number 06cv00063.

5. That on February 01, 2006 Ms. Tucker personally served secretary Ms. A. Jackson at approximately 12:35 p.m. Ms. Jackson is authorized to accept service on behalf of the Attorney General.

6. That more than 60 days have passed since Ms. Tucker personally served the Defendant and the defendant has failed to file an answer or motion in response to the complaint as is required by the rules of procedure.

7. That undersigned is not aware of any legitimate reason for defendant's failure to respond pursuant to the federal rules of procedure.

Further Affiant sayeth not.

_____/s/_____
REUBEN B. COLLINS, II

Sworn and subscribed to, before me, the undersigned authority, this___ day of _____, 2000.

_____
NOTARY PUBLIC

1