

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Secretary of the District of Columbia



**Patricia Elwood**
Interim Secretary of the District of Columbia

# MEMORANDUM

**TO:** Nadine Wilburn
Assistant Deputy Attorney General
Civil Litigation Division
Office of the DC Attorney General

**FROM:** Patricia Elwood *Patricia Elwood*
Interim Secretary of DC

**DATE:** November 9, 2005

**SUBJECT:** Designation of Staff to Handle/Accept Legal Correspondence (Summons, Subpoenas, Civil Actions)

In accordance with Mayor's Order 2004-77, dated May 14, 2004, this memorandum serves to notify the Office of the Attorney General that the employees named below are, herewith, designated to receive legal correspondence on behalf of the Mayor/Secretary of DC:

- Tabatha Braxton, Staff Assistant, Office of the Secretary
- Gladys Herring, Executive Assistant, Office of the Secretary

I have attached a copy of the Mayor's Order for your information. Should you have any questions, please do not hesitate to contact me. I can be reached at (202) 727-6306.

Attachment

cc: The Mayor's Correspondence Unit
Len Becker, General Counsel to the Mayor
Lucy Pittman, Assistant Attorney General

1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004  (202) 727-6306

GOVERNMENT OF THE DISTRICT OF COLUMBIA

ADMINISTRATIVE ISSUANCE SYSTEM

Mayor's Order 2004-77
May 14, 2004

SUBJECT: Handling of Legal Correspondence

ORIGINATING AGENCY: Executive Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422(2) of the District of Columbia Home Rule Act of 1973, as amended, approved December 24, 1973, Pub. L. No. 93-790, D.C. Official Code § 1-204.22 (2001 ed.), it is hereby **ORDERED** that:

1. The Secretary of the District ("Secretary") hereby is designated as the Mayor's agent for the receipt of legal correspondence (including summonses, complaints, and subpoenas) other than notices of claims pursuant to D.C. Official Code § 12-309 (2001 ed.). The Office of Risk Management ("ORM") hereby is designated as the Mayor's agent for the receipt of such notices of claims. The Mayor's duty to receive notices of claims pursuant to § 12-309 shall continue to be delegated to the ORM, as provided in Mayor's Order 2004-10 (dated January 20, 2004).

2. The Mayor's Correspondence Unit ("Unit") shall forward all notices of claims to the ORM for further handling in accordance with such directives as the Director of the ORM shall prescribe. The Correspondence Unit shall forward all other legal correspondence to the Secretary for further handling as set forth in this Order.

3. The Secretary shall designate from time to time, by office order, one or more personnel to handle the receipt of legal correspondence addressed to the Mayor. The personnel so designated shall receive legal correspondence either from the person effecting service upon the Secretary, from the Unit, or from any other originating or transmitting source, as the case may be.

4. The Secretary shall forward to ORM any notices of claims delivered to or received by the Secretary. Upon receipt of legal correspondence other than notices of claims, the Secretary shall log the documents into the IQ System, assigning the item of correspondence an IQ number for tracking purposes. The Secretary may scan the correspondence into the IQ system, at her discretion, or may decline to do so on grounds of its voluminous nature or otherwise.

5. The Secretary may scan the correspondence into the IQ system, at her discretion, or may decline to do so on grounds of its voluminous nature or otherwise. The Secretary shall record the IQ number prominently in the upper right corner of the first page of the legal correspondence.

6. For summonses, complaints, and subpoenas, the Secretary shall note in the IQ system: the caption of the case to which the correspondence relates (*e.g.*, "Smith v. District of Columbia"), the court in which the case is filed (*e.g.*, District of Columbia Superior Court, United States District Court for the District of Columbia), the docket number of the case, the title of the document (*e.g.*, "summons," "complaint," or "subpoena"), the manner in which the document was delivered (by hand or by mail, and by whom received), and the date of receipt in the Office of the Secretary. If the legal correspondence was forwarded by certified or registered mail, the personnel designated by the Secretary shall complete the information required on the postal card accompanying the mailing (commonly referred to as the "green card"), return the card by mail to the sender, and enter in the IQ System the information entered on the green card. The Secretary shall enter prominently on the first page of the legal correspondence a stamp showing the fact and date of receipt in the Office of the Secretary, in addition to the assigned IQ number.

7. The Secretary shall forward legal correspondence, processed in accordance with the foregoing Paragraph 5 of this Order, to the Office of the Corporation Counsel for further handling in accordance with such directives as the Corporation Counsel may issue from time to time.

8. All prior Mayor's Orders and Mayor's Memoranda relating to the handling of legal correspondence in the Office of the Mayor are hereby superseded to the extent of any inconsistency between such prior orders and memoranda on the one hand and the terms of this Order on the other.

9. **EFFECTIVE DATE:** This Order shall become effective immediately.

*[signature]*
ANTHONY A. WILLIAMS
MAYOR

ATTEST: *[signature]*
SHERRYL HOBBS NEWMAN
SECRETARY OF THE DISTRICT OF COLUMBIA