IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY THOMPSON | : |
| Plaintiff | : |
| v. | : Case No.: 1:06-cv-00063 EGS |
| DISTRICT OF COLUMBIA | : |
| Defendant. | : |

## AFFIDAVIT OF SHERRY TUCKER

COMES NOW YOUR AFFIANT, Sherry Tucker having been duly sworn, under oath and hereby states as follows:

1. That my current address is 15508 Maple Drive, Accokeek Maryland, 20607. I am a 36 year old self employed female.

2. That on February 1, 2006, at 12:35 p.m. pursuant to the Federal Rules of Civil Procedure, I personally served a copy of the Summons and Complaint to Mrs. A. Jackson, Secretary to Robert Spagnoletti at 441 4th Street, Washington, DC 20001.

3. On that same day, prior to serving Mrs. Jackson, I went to the main lobby and asked where Attorney General Spagnoletti's office was located.

4. I was then sent to 1 of the 2 offices. After going to the 1st office they forwarded me to the second office, which was the Attorney General's.

5. A young female was at the desk. (directly in front of the Attorney General's Office) .

6. I asked the lady for her name and whether she was authorized to receive service on behalf of Mr. Spagnoletti and the District of Columbia.

1

7. The woman who identified herself as Mrs. A. Jackson answered yes that she was authorized to receive service. I then gave her a copy of the Summons and Complaint

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted,

_____
Sherry Tucker

DISTRICT OF MARYLAND, ss:

Subscribed and sworn to before me, a Notary Public in and for the state of Maryland aforesaid, this 12th day of June, 2006

_____
Notary

TINA MARIA BARNES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires October 27, 2009