UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| TROY THOMPSON           Plaintiff, | : : : |
| v. | : :  Civil Action No:. 06cv00063 |
| DISTRICT OF COLUMBIA           Defendant | : : : : |

_____

# AFFIDAVIT OF SERVICE BY PROCESS SERVER

   I, Sherry Tucker, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

   That at 12:35 pm on the 1st day of February, 2006, I served the above named defendant personally, Brian Barnett, a copy of the Summons and Complaint at 441 4th Street, NW, Washington, DC 20001.

_____/s/_____
Sherry Tucker

Subscribed and sworn to before me this _____ day of _____2006.

_____
Notary Public

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was mailed, postage pre-paid on the ___ day of March, 2003 to the following individual.

Brian Barnett
1113 Rosemere Avenue
Silver Spring, Maryland 20917

_____
Reuben Collins