# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY A. THOMPSON )<br>)<br>    Plaintiff, )<br>)<br>**v.** )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>) | Case No. 06-00063 (EGS) |

_____

## PLAINTIFF'S STATUS REQUEST

COMES NOW, the Plaintiff, Troy Thompson, by and through his undersigned counsel, request status on the above captioned case.

                                                      Respectfully submitted,

                                                  _____/s/_____
                                                  Reuben B. Collins, II
                                                  COLLINS & TALLEY, LLC
                                                  P.O. Box 1857
                                                  La Plata, Maryland 20646
                                                  Bar Number: 459751
                                                  (301) 934-4366

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2007, a copy of the foregoing Status Request was delivered via electronic filing to the following:

David A. Jackson
Assistant Attorney General
441 Fourth Street, NW 6 South
Washington, DC 20001

_____/s/_____
Reuben Collins