UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY A. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 06-63 (EGS) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court are defendant's motion to set aside the clerk's entry of default and motion to dismiss the complaint. Defendant was not properly served under Federal Rule of Civil Procedure 4(j)(2), and thus the Court sets aside the clerk's entry of default under Rule 55(c). *See Bennett v. United States*, 2006 WL 3365665, at *2 (D.D.C. 2006). Although plaintiff has not demonstrated good cause for the failure to properly serve defendant under Rule 4(m), the Court exercises its discretion to extend the time for service because the delay does not strongly prejudice defendant. *See Wilson v. Prudential Financial*, 332 F. Supp. 2d 83, 90-91 (D.D.C. 2004). Accordingly, it is hereby

**ORDERED** that defendant's motion to set aside the entry of default is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's motion to dismiss the complaint is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that plaintiff shall properly serve defendant no later than February 5, 2007.

**SO ORDERED.**

**Signed by:      EMMET G. SULLIVAN**
**                UNITED STATES DISTRICT JUDGE**
**                January 5, 2007**