IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Troy Thompson | : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | Case No:1:06-cv-00063-EGS |
| | : | |
| District of Columbia | : | |
| | : | |
| Defendant | : | |
| | : | |
| _____ | : | |

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Joseph Tinsley, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

That on the 1st day of February, 2007, I served a representative for the District of Columbia, Office of the Attorney General of the United States of America personally, Darlene Fields, a copy of the Summons and Complaint at 441 Fourth Street, NW, Washington, DC..

That on the 1st day of February, 2007, I served a representative for the District of Columbia, Office of the Secretary personally, Tabatha Braxton, a copy of the Summons and Complaint at 1350 Pennsylvania Ave. Suite 419, NW, Washington, DC..

That on the 1st day of February, 2007, I served a representative for the District of Columbia, Office of the Secretary, Tabatha Braxton, above named defendant personally, Tabatha Braxton, a copy of the Summons and Complaint at 1350 Pennsylvania Ave. Suite 419, NW, Washington, DC..

_____/S/_____
JOSEPH TINSLEY

Subscribed and sworn to before me this _____ day of _____2007.


_____
Notary Public

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was mailed, postage pre-paid on the 5th day of February, 2007 to the following:

District of Columbia
Attn: Robert Spagnoletti
Office of the Attorney General
441 Fourth Street, NW
Washington, DC  20001


_____/s/_____
Reuben Collins