AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

Troy Thompson

V.

District Of Columbia

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-00063 EGS

TO: (Name and address of Defendant)
District of Columbia
Serve On:
ROBERT SPAGNOLETTI
Office of the Attorney General
441 Fourth Street, N.W.
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reuben B. Collins, II., Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     JAN 25 2007
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2-1-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joseph Tinsley | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 441 Fourth Street N.W., DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served: Darlene Fields

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 85.00 | 85.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-1-07
            Date

Signature of Server: Joseph Tinsley

Address of Server: P.O. Box 2058 Waldorf, MD 20604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

TROY THOMPSON

V.

DISTRICT OF COLUMBIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-00063 EGS

TO: (Name and address of Defendant)
District of Columbia
Serve on: Tabatha Braxton, Staff Assistant
Office of the Secretary
1350 Pennsylvania Avenue, Suite 419
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reuben B. Collins, Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 25 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

1:06-CV-00063

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-1-07 |
| NAME OF SERVER (PRINT) Joseph Tinsley | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Tabatha Braxton   1350 Pennsylvania Ave, Suite 419 N.W., DC 20004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 15.00 | 15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-1-07
               Date

Signature of Server

P.O. Box 2038 Waldorf, MD 20604
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ COLUMBIA _____

TROY THOMPSON

V.

DISTRICT OF COLUMBIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-00063 EGS

TO: (Name and address of Defendant)

Serve on:   District of Columbia
            Arlethia Thompson
            Office of the Secretary
            1350 Pennsylvania Avenue, Suite 419
            Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reuben B. Collins, Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 25 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action    1:06-CV-00063

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]    DATE 2-1-07

NAME OF SERVER (PRINT) Joseph Tinsley    TITLE Private Process Server

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 1350 Pennsylvania Ave. Suite 419 N.W., DC 20004

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served: Tabatha Braxton, Staff Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-1-07
Date

Signature of Server   Joseph Tinsley

Address of Server  P.O. Box 2038 Waldorf, MD 20604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.