IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY THOMPSON,** : | |
| : | |
| **Plaintiff** : | |
| : | Civil Action No. 1:06-CV-0063 (EGS) |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| : | |
| **Defendant** : | |

_____

**CONSENT MOTION TO ENLARGE DISCOVERY**

    **NOW COME** Troy Thompson, (hereinafter "Plaintiff"), through undersigned counsel, and move this Court for a sixty-day enlargement to the current discovery deadline in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. The current discovery deadline is August 01, 2007.

2. Plaintiff's counsel has other client representations which conflict with his schedule to complete depositions before the deadline.

3. Both parties are in the process of scheduling deposition dates.

4. Plaintiff moves for an enlargement up to October 01, 2007.

5. This motion is not intended for any delay or dilatory purpose;

6. Defendant consents to this motion.

                                                    Respectfully submitted on behalf of Plaintiff,

                                                    COLLINS & TALLEY, LLC

August 01, 2007                                       _____/s/_____

                                                    Reuben B. Collins, II. Esquire

                                                    Collins & Talley, LLC
                                                    P. O. Box 185
                                                    La Plata, MD  20646
                                                    (301) 934-4366
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served, by electronic filing and first class mail postage prepaid, this 1st day of August, 2007 to David A. Jackson, Assistant Attorney General, Office of the Attorney General, 441 Fourth Street, N.W., 6 South, Washington, DC 20001.

                                                    _____/s/_____
                                                    Reuben B. Collins, II, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TROY THOMPSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civil Action No. 1:06-CV-0063-(EGS) |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

_____

## ORDER

Upon Consideration of Plaintiff's Consent Motion to Enlarge Discovery and for good cause having been shown, it is by the Court this day of _____, day of _____, 2007.

ORDERED, that the Plaintiff's motion is hereby granted.


_____
United States District Judge