IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY THOMPSON,**    : | |
| : | |
| **Plaintiff**    : | |
| : | Civil Action No. 1:06-CV-0063 (EGS) |
| v.    : | |
| : | |
| **DISTRICT OF COLUMBIA**    : | |
| : | |
| : | |
| **Defendant**    : | |

_____

**CONSENT MOTION TO ENLARGE DISCOVERY**

    **NOW COME** Troy Thompson, (hereinafter "Plaintiff"), through undersigned counsel, and move this Court for a thirty-day enlargement to the current discovery deadline in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. The current discovery deadline is October 01, 2007.

2. Counsel on both sides of this matter; have completed all written discovery requests.

3. Plaintiff, as well as Defense counsel, has other client representations which conflict with their schedule to complete depositions before the October 01, 2007 deadline.

4. Both parties are in the process of scheduling deposition dates.

5. Plaintiff moves for an enlargement up to November 01, 2007.

6. This motion is not intended for any delay or dilatory purpose;

7. Defendant consents to this motion.

                                    Respectfully submitted on behalf of Plaintiff,

                                    COLLINS & TALLEY, LLC

September 24, 2007                       _____/s/_____

                                    Reuben B. Collins, II. Esquire

                                    Collins & Talley, LLC
                                    P. O. Box 185
                                    La Plata, MD  20646
                                    (301) 934-4366
                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served, by electronic filing, this 24th day of September, 2007 to David A. Jackson, Assistant Attorney General, Office of the Attorney General, 441 Fourth Street, N.W., 6 South, Washington, DC  20001.


                                      _____/s/_____
                                      Reuben B. Collins, II, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY THOMPSON,** : | |
| : | |
| **Plaintiff** : | |
| : | Civil Action No. 1:06-CV-0063-(EGS) |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| : | |
| **Defendant** : | |

## **ORDER**

Upon Consideration of Plaintiff's Consent Motion to Enlarge Discovery and for good cause having been shown, it is by the Court this day of _____, day of _____, 2007.

ORDERED, that the Plaintiff's motion is hereby granted.

_____
United States District Judge