UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 1:06-cv-00063 (EGS) |

**UNOPPOSED MOTION TO EXTEND TIME FOR THE DEFENDANT
TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

Defendant District of Columbia (hereinafter the District"), by and through the Office of the Attorney General, hereby moves this Court pursuant to Fed. R. Civ. P. 6 and LCvR 7 (m) for an order extending the time for the District to file its motion for summary judgment from January 30, 2008 up to and including February 22, 2008.  In support of this motion the District states as follows:

1.  This is an employment discrimination case concerning plaintiff's termination from the Metropolitan Police Department.

2.  The parties have completed paper discovery and all depositions have been taken.

3.  The District just today received a copy of plaintiff's deposition transcript and is still waiting the deposition transcript of Lieutenant Damian Taylor of the MPD.

4.	Undersigned counsel has contacted the court reporting service and has been informed Lieutenant Taylor's deposition transcript will be sent to undersigned counsel on February 1, 2008.

5.	In order to fully set out the facts bases for the summary judgment motion the District will rely on Lieutenant Taylor's deposition testimony.

6.	Undersigned counsel contacted counsel for plaintiff on January 29, 2008 and, counsel for plaintiff does not oppose this motion.

>	Respectfully submitted,
>
>	PETER J. NICKLES
>	Interim Attorney General for the
>	District of Columbia
>
>	GEORGE VALENTINE
>	Deputy Attorney General
>	Civil Litigation Division
>
>	/s/NICOLE L. LYNCH/S/
>	NICOLE L. LYNCH [471953]
>	Chief Civil Litigation Division Section II
>
>	/s/David A. Jackson/s/
>	DAVID A. JACKSON [471535]
>	Assistant Attorney General
>	Office of the Attorney General
>	441 Fourth Street, NW, 6 South
>	Washington, D.C. 20001
>	Direct Line: (202) 724-6618
>	Facsimile: (202) 727-3625
>	E-mail: davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:06-cv-00063 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND TIME FOR THE DEFENDANT
TO FILE ITS MOTION FOR SUMMARY JUDGMENT**

1. Fed. R. Civ. P. 6(b) (1) and LCvR 7 (m).

2. The record herein.

3. The discretionary power of this Honorable Court.

4. The entire record herein.

           Respectfully submitted,

           PETER J. NICKLES
           Interim Attorney General for the
           District of Columbia

           GEORGE VALENTINE
           Deputy Attorney General
           Civil Litigation Division

           /s/NICOLE L. LYNCH/S/___
           NICOLE L. LYNCH [471953]
           Chief Civil Litigation Division Section II

/s/David A. Jackson/s/ _____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov