# EXHIBIT 1



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## METROPOLITAN POLICE DEPARTMENT

JUN 30 2004

Probationary Officer Troy Thompson
Institute of Police Science
4665 Blue Plains Drive, SW
Washington, D.C. 20032

Dear Probationary Officer Thompson:

This letter will serve as official notification of the termination of your probationary appointment from the position of police officer with the Metropolitan Police Department. The effective date of your termination will be at the close of business on Friday, July 9, 2004.

As a probationer, you may appeal termination under Chapter 8, Part 814, of the District Personnel Manual, only in accordance with the D.C. Human Rights Act.

Your date of appointment to the Metropolitan Police Department was August 25, 2003.

Sincerely,

Charles H. Ramsey
Chief of Police

CC: Senior Executive Director, Organizational Development
Commander, Institute of Police Science

---

I acknowledge receipt of this notification:

_____   7-6-04 _____   O/H P.D. Roman 7/7/04  0936 hrs
Prob. Ofc. Troy Thompson   Date/Time      Served by           Date/Time

                                           _____ 7-6-04 0926
                                           Witnessed by     Date/Time

P.O. Box 1606, Washington, D.C. 20013-1606