# EXHIBIT 3

Typh 1 S.1



## DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781

Case No.: 001E00233444

| STATE OF MARYLAND | VS | THOMPSON, TROY |
|---|---|---|
| | | UNKNOWN |
| | | UNKNOWN, XX  00000-0000 |

CC#:            SID:
Local ID:         DL#:
Race: 1   Sex: M   Ht: 6'1"   Wt: 170   Hair: BLK   Eyes: HZL
DOB: 04/29/1975   Phone(H): (301) 203-8911   Phone(W):

Charge | Statute | Arrest
TEL MISUSE:REPEAT CALLS : CR3804(A)(2) 1

Charge | Statute | Arrest

## ARREST WARRANT ON CHARGING DOCUMENT - Warrant No. D031285925

STATE OF MARYLAND, Prince George's County
TO ANY PEACE OFFICER, Greetings:

    YOU ARE ORDERED to arrest and bring before a judicial officer the above-named Defendant as soon as practicable and without unnecessary delay. If a judicial officer is not readily available, this Warrant shall authorize the prisoner's detention until compliance is had with Rule 4-212 and the arresting officer is authorized and required to comply with Rule 4-212.

    **IF THE DEFENDANT IS NOT IN CUSTODY FOR ANOTHER OFFENSE,**
Initial appearance is to be held in county in which Defendant is arrested.

    **IF THE DEFENDANT IS IN CUSTODY FOR ANOTHER OFFENSE,** this Warrant is to be lodged as a detainer for the continued detention of the Defendant for the offense charged in the charging document. When the Defendant is served with a copy of the charging document and Warrant, the Defendant shall be taken before a judicial officer of the District Court.

Date: 02/22/2004   Time: 10:04 AM    Judge/Commissioner: _____Grant_____ ID: 5100

Given to: **PRINCE GEORGE COUNTY SHERIFF'S DEPT**

### RETURN OF SERVICE

☐ I certify that at _0136 A_ / M on _2-26-04_ at _5135 Indian Head Hwy Oxon Hill MD_, I executed this Arrest Warrant by arresting the Defendant and delivered a copy of the Statement of Charges to the Defendant.

☐ I left a copy of the Warrant and Charging Document as a detainer for the continued detention of the Defendant at:

Facility: _D.O.C._
Location: _P.P.E._
Signature & Title of Peace Officer: _CPL Keys #179_
Printed Name of Officer: _CPL KEYS #179_
Agency, Sub-Agency, I.D.: _____
Date: _2-26-04_

Tracking No. 031002007400

**ARREST WARRANT ON CHARGING DOCUMENT**

 

## DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781      Case No.: 001E00233444

| STATE OF MARYLAND | VS | THOMPSON, TROY |
|---|---|---|
| COMPLAINANT: | | UNKNOWN |
| JAMESON, LINDA J | | UNKNOWN, XX  000000000 |
| 2309 SHERIDAN STREET | CC#: | SID: |
| HYATTSVILLE, MD  20782 | Local ID: | DL#:           DL State: |

Race: 1   Sex: M   Height: 6'1"   Weight: 170   Hair: BLK   Eyes: HZL
DOB: 04/29/1975   Phone(H): (301) 203-8911   Phone(W):

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF JAMESON, LINDA J
IT IS FORMALLY CHARGED THAT THOMPSON, TROY at
the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 0340 | CR 3 804 ((a)(2)) | 3 Y &/or $500.00 | TEL MISUSE:REPEAT CALLS |

On or About 02/22/2004
2309 SHERIDAN STREET, HYATTSVILLE,
PRINCE GEORGE'S COUNTY, MARYLAND
...did use telephone facilities and equipment for repeated calls, with intent to annoy, abuse, torment, harass and embarrass LINDA J. JAMESON, .
Against the Peace, Government, and Dignity of the State.

Date: 02/22/2004   Time: 10:02 AM   Judicial Officer: _____ Grant _____ 5100

Tracking No. 031002007400