# EXHIBIT 4

**DISTRICT COURT** **MARYLAND FOR** ................ (City/County)

LOCATED AT (COURT ADDRESS):

RELATED CASES: ................

DISTRICT COURT CASE NUMBER: 1E00233444

| COMPLAINANT | DEFENDANT |
|---|---|
| Name (Print): Linda J. Jameson | Name (Print): Troy Thompson |
| Address (Number and Street): 7309 Sheridan St | Address (Number and Street): |
| City, State, and Zip Code: Hyattsville MD 20782 | City, State, and Zip Code: |
| Telephone: 559-4941 | Telephone: 301-203-8911 |
| Agency, Sub-Agency, and I.D. # (Officer Only): | CC#: |

DEFENDANT'S DESCRIPTION: Driver's License #................ Sex M Race Blk Ht. 6'1 Wt. 170
Hair D.B. Eyes Hazel Complexion Light Skin Other................ D.O.B. 4/29/75 ID ................

### APPLICATION FOR STATEMENT OF CHARGES    Page 1 of ____

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about 2/22/04 at 7309 Sheridan St Hyattsville MD 20782 Prince Georges County, the above named Defendant

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

Troy and myself were together by is within that time troy at one time pulled a handgun to me and told me he will kill me if I don't do what he says which was be in the house

(Continued on attached ____ pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information and belief.

Date: ................  Officer's Signature: ................

I have read or had read to me and I understand the Notice on the back of this form.

Date: 2-22-04    Applicant's Signature: Linda Jameson

Subscribed and sworn to before me this 22 day of February 2004
Time: 9:58 A.M   Judge/Commissioner ................ Grant I.D. 5100

I understand that a charging document has been issued and that I must appear for trial on ................ Date ................ at ................ Time, when notified by the Clerk, at the Court location shown at the top of this form.

Applicant's Signature: Linda Jameson

[ ] I declined to issue a charging document because of lack of probable cause.

Date: ................    Commissioner: ................    I.D.: ................

Witnesses' Names and Addresses:

| Name | Number and Street/Agency/Sub-agency/I.D. | City, State, Zip |
|---|---|---|
| | | |
| | | |
| | | |

TRACKING NUMBER: ................

DC/CR 1 (Rev. 10/2002)
(Print Date 4/03)

**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page ____ of ____

at 11pm every nite. After that a couple of months later my cousin and myself went to a party on our way home Troy pulled up behind me started threating me says to me he was gonna kill me tonite. made me get in his car and punched me in my nose. After he did that I move on with my life. Moved in with my mom. Since then Troy has repeatedly threaten me and my family. I havent seen Troy in over a year since 2002. but he calls repeatedly all time's of the morning he told me if I don't call him at lease twice a day he or someone else will hurt me or my family or my car. In April 2003 I took a trip to philly when I returned I noticed that my car was filled with scratches. look like it was done with a key or scrap object. I was not to sure if he did it until he told me "dont call him like I'm suppose to and my car will be more

2-22-04
Date

Linda Jameson
Applicant's Signature

TRACKING NUMBER

DC/CR 1A (Rev. 1/2002) (Print Date 6/2003)

**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page ___ of ___

than keyed up." Since then he continuously threaten me and on ocassion I see him driving up and down my street and sometimes sitting in his car watching. On Feb 21 at 2am in the morning Troy called my house both me and my mom answered. Troy said why didnt I call him today. I told him I was busy he then said if I dont start calling him he will be around here. He then said I havent seen you in over a year and if I dont see you by wednesday I better move out the country and take my family with me or He will kill us. my mom over heard and interupted he then started cussing at my mom telling her he will shot this whole house up and kill all of us. We got of the phone and troy continuously called until 5am the next morning. I woke up around 6am went out side to see if he did anything to my car and that when I noticed the deep scratches on the drivers side of my car.

2-22-04

Date

Linda Jameson
Applicant's Signature

TRACKING NUMBER

DC/CR 1A (Rev. 1/2002) (Print Date 6/2003)

**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page ___ of ___

Troy was told by my mom back in 2003 to stop calling her house but since then he has called over 100 times and sometimes more than 5 times in the middle of the nite. Since I broke up with Troy in 2002 because of his threats and assault in his car. I am very affraid of Troy because he own's a weapon and I know he is capable of using it. Troy is currently tryin to become a P.G. police officer. by him doing that he offten tells me "don't pray for me to get on the force cuz I can kill you with no cause and plant evidence on you and cant nobody do nothing about it". I am doing what he wants me to do by calling him once or twice a day because I am scared that he will hurt my mom or myself. My whole lifestyle have change because sometimes im scared just to walk out the house. I think Troy does this because of control and That he know's I am scared of him.

2-22-04
Date

_Linda Jameson_
Applicant's Signature

TRACKING NUMBER

DC/CR 1A (Rev. 1/2002) (Print Date 6/2003)