# EXHIBIT 5

**DISTRICT COURT OF MARYLAND FOR** Prince George's County
City/County
Located at Rhode Island Ave, Hyattsville, MD
Court Address 20781   Case No. SPS-1-0457-04

Linda Jameson
Petitioner                         vs.   ~~[redacted]~~

## TEMPORARY PEACE ORDER

After appearance of the ☒ Petitioner ☐ Petitioner's Counsel ☐ Respondent ☐ Respondent's Counsel, and

A. ☐ The Respondent's consent to the entry of a Temporary Peace Order; or

B. ☒ Considering the petition and evidence, the Court finds reasonable grounds to believe that Respondent:
   ☒ 1. Has committed the following act(s) against Petitioner within 30 days before the filing of the Petition:
   ☐ Act(s) which caused serious bodily harm to Petitioner         ☐ False Imprisonment
   ☒ Acts(s) which placed Petitioner in fear of imminent            ☒ Harassment
       serious bodily harm                                           ☒ Stalking
   ☐ Assault in any degree                                          ☐ Trespass
   ☒ Rape or a statutory sexual offense (or attempt)                ☒ Malicious Destruction of Property
       in any degree
   ☒ 2. Is likely to commit a prohibited act against the petitioner in the future.

Based on the foregoing findings, the Court hereby ORDERS:

☒ 1. That the Respondent SHALL NOT commit or threaten to commit any of the following acts against Petitioner: an act which causes serious bodily harm; an act that places the Petitioner in fear of imminent serious bodily harm; assault, rape, attempted rape, sexual offense, or attempted sexual offense; false imprisonment, harassment, stalking, trespass, or malicious destruction of property.

☒ 2. That the Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means); attempt to contact, or harass the Petitioner.

☒ 3. That the Respondent SHALL NOT enter the residence of the Petitioner at: 2309 Sheridan St. Hyattsville, MD
(Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling.)

☐ 4. That the Respondent SHALL STAY AWAY from:
   ☐ The temporary residence of Petitioner at: _____
   ☐ The Petitioner's school(s) at: _____
   ☐ The Petitioner's place(s) of employment at: _____

5. This Order supersedes and overrides any previously entered Interim Peace Order issued by a Commissioner.
THAT A FINAL PEACE ORDER HEARING SHALL BE HELD ON March 1, 2004 AT 4990 Rhode Is. Ave., Hyattsville, MD at 10:30

February 24, 2004
Date                                Time                   Judge
                                                           WORSHTIL
                                                           Print Name

This Order is extended for not more than 30 days until: _____

New Hearing Date _____   Judge _____   Date _____
New Hearing Date _____   Judge _____   Date _____
New Hearing Date _____   Judge _____   Date _____

DC 2 (Rev. 12/2002)                 Page 1 of 2 (Front)