# EXHIBIT 6

P.D. 77 Rev. 08/88                    Metropolitan Police Department * Washington, D.C.

| Revocation/Restoration of Police Powers and Notice of Duty and Pay Status | Type of Report: ☒ Original ☐ Supplemental | Complaint No. (if applicable) CS# 04-0311 |
|---|---|---|

| TO: Member's Full Name: Troy Thompson | Member's Rank: Recruit Ofc. | Element: IRS | Date of Appointment: 8-25-03 |
|---|---|---|---|
| Previous Military Service ⇨ | A. Beginning Date | B. Ending Date | Branch of Service | Selective Service No. |

## PART I   Notice of Revocation

1. Date Revoked ⇨ 2-26-04
2. Time Revoked ⇨ 1350 hrs

You are hereby notified that, as of the date and time indicated, your police powers are revoked. You have no authority to perform duties requiring the exercise of such powers, nor do you have the authority to carry a service weapon (any department-issued firearm, authorized off-duty revolver, aerosol chemical dispenser, baton, blackjack, and teargas in any form, that is carried or kept readily available) subject to rules and regulations of the department.

3. Duty Status: The affected member shall be placed in the duty and pay status indicated below. The member shall date and initial the appropriate blocks opposite the duty and pay status. (See instructions and definitions on reverse side.)

| ☒ | Status | Date | Init | ☒ | Status | Date | Init. | ☒ | Status | Date | Init. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Administrative Leave With Pay | | | X | Non-Contact Office Duty | 2-26-04 | TT | | Explain the status entered above. Use reverse side if necessary. | | |
| | Suspension Without Pay | | | | Limited Duty | | | | | | |
| | Sick Leave (Exceeding thirty [30] consecutive days. | | | | LWOP (Exceeding [30] consecutive days requires approval by Adm. Serv. Officer.) | | | | | | |

4. **Member's Acknowledgement**

I understand that, because of this revocation of my police powers, I have no duty or authority to make an arrest or perform duties requiring the exercise of police powers and that my authority to carry a service weapon (as defined in Part I above) is revoked.

I understand that, if I am placed on Administrative Leave With Pay or Extended Sick Leave, I am required to remain at my residence of record between business hours (0800 to 1600), Monday through Friday, excluding holidays. Before leaving my residence for any period of time during the above hours, I am required to contact an official of my organizational element and provide him/her with an address of the location(s) to which I am going, the telephone number, and any other information that would allow communication with me. Furthermore, I understand that, I may not leave the Washington Metropolitan Area (defined in this notice as any point extending a 25-mile radius from the U.S. Capitol Building) while on Administrative Leave or Extended Sick Leave unless I submit a PD Form 558 and am granted permission by the Administrative Services Officer.

I understand that, if I am placed in a non-pay status and there are any cases pending before the courts as a result of my performance of duty, I have a responsibility as a witness until such cases are adjudicated.

I also understand that, effective this date, my privilege to engage in outside employment is revoked.

Finally, I understand that, I am subject to all other rules and regulations of the department.

Member's Signature ⇨ X Troy Thompson

| Signature of Official Serving Notice | Date Served | Witness' Signature | Member's Unit Notified (Official's Name/Date) |
|---|---|---|---|
| [signature] | | [signature] | Lt. T. Hayes  2-26-04/0955 |

5. **Equipment To Be Surrendered by Member.** NOTE: If your police powers are revoked for a period exceeding 30 days, report to Headquarters, Room 3130, between the hours of 0900 and 1400, (Mon. thru Thur.) to obtain a temporary identification card.

| ITEM | SERIAL/ITEM NO. | DATE SURRENDERED | SIGNATURE Official Receiving Item | SIGNATURE OF MEMBER | SIGNATURE OF WITNESS |
|---|---|---|---|---|---|
| ☐ Service Revolver | NONE ISSUED | N/A | NONE RECEIVED | NONE RECEIVED | NONE RECEIVED |
| ☐ Cap Plate(s) | | | | | |
| ☐ Badge | | | | | |
| ☐ ID Folder | | | | | |

## PART II   Notice of Restoration and Member's Acknowledgement

You are hereby notified that, as of the date and time indicated, your police powers are restored. You now have the authority to perform duties requiring the exercise of such powers and you have authority to carry a service weapon as required by existing rules and regulations of the department

| Date Restored ⇨ | |
|---|---|
| Time Restored ⇨ | |

| Signature of Official Serving Notice | Date Served | Witness' Signature | Member's Unit Notified (Official's Name/Date) |
|---|---|---|---|

I understand that, because of the restoration of my police powers, I have the duty and authority to make an arrest or perform duties requiring the exercise of police powers and that my authority to carry a service weapon as required by existing rules and regulations of the department has been restored.  ⇨  Member's Signature _____

6. **Equipment Returned to Member**
If your identification folder is returned to you when you are restored, turn in the temporary ID card to the Property Division.

| ITEM | SERIAL/ITEM NO. | DATE SURRENDERED | SIGNATURE Official Receiving Item | SIGNATURE OF MEMBER | SIGNATURE OF WITNESS |
|---|---|---|---|---|---|
| ☐ Service Revolver | | | | | |
| ☐ Cap Plate(s) | | | | | |
| ☐ Badge | | | | | |
| ☐ ID Folder | | | | | |

DISTRIBUTION: Original - Member's Unit Personnel Folder; Copy 1 - to Member; Copy 2 - Attach to Required Report; Copy 3 - Personnel Liaison Officer; Copy 4 - Labor Relations Division