**EXHIBIT 8**



# THE PRINCE GEORGE'S COUNTY GOVERNMENT

## OFFICE OF HUMAN RESOURCES MANAGEMENT



July 26, 2007

Jack B. Johnson
County Executive

David A. Jackson, Assistant Attorney General
Government of the District of Columbia
Office of the Attorney General
One Judiciary Square
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Dear Assistant Attorney General Jackson:

This letter responds to a subpoena for records related to Troy Thompson. The Case Number is 06 CV00063 (EGS).

We hereby certify that the attached documents are copies of records compiled and maintained in the normal course of business by the Prince George's County Office of Human Resources Management in relation to Troy Thompson. It has been noted that the social security number depicted on the subpoena reflects 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, but according to the Public Safety Investigations (PSI) Division of OHRM which reviews all applications for public safety positions, the social security number provided by Mr. Thompson is 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. Also, PSI's records indicate that he was first disqualified 10/19/2000 and that he applied three additional times and they piggy-backed each of those applications from the first disqualification. No other documents other than an application would have been on file, which has since been destroyed with the passing of time. We have enclosed the data that was input into the PSI's tracking system for rating applications.

If you have additional questions regarding this matter, please contact Dwight E. Jones, at (301) 808-2503 or myself at (301) 883-6366.

Sincerely,

Linda Tetlow
Records Manager
Performance Mgmt. Division

Attachment

Subscribed and Sworn to Before me this 26th day of July 2007.

Notary Public

**1400 McCormick Drive, Largo, Maryland 20774**
**MAIN (301) 883-6330    FAX (301) 883-6325    TDD (301) 883-6329**

| 001 | SocSecNo | 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 |
| 002 | Anounce# | 00-136 |
| 003 | FrstName | TROY ANTHONY |
| 004 | LastName | THOMPSON |
| 005 | StreetNo | 2110 |
| 006 | StreetNm | TRAFALGAR DRIVE |
| 007 | City | FORT WASHINGTON |
| 008 | StateZip | MD 20744 |
| 009 | HomePhne | (301)292-9698 |
| 010 | Work/Msg | (301)794-2916 |
| 011 | DateRecd | 08/22/2000 |
| 012 | CPA/CCP# | CPA00-0205 |
| 013 | FDAGENCY | |
| 014 | PS DATE | 10/06/2000 |
| 015 | Military | |
| 016 | BirthNme | |
| 017 | Invest# | |
| 018 | DrvLicns | 578085773 |
| 019 | OthrName | |
| 020 | FileNum# | 5773 |
| 021 | EthnicCd | B |
| 022 | Gender.. | M |
| 023 | CurrEmp? | N |
| 024 | Eyes | |
| 025 | CrimRec? | |
| 026 | Hair | |
| 027 | MPTCERT? | N |
| 028 | ENCOURAG | |
| 029 | RcrtSrce | |
| 030 | Standard | A |
| 031 | Agency | PD |
| 032 | CurEmpCk | |
| 033 | PrvEmpCk | |
| 034 | NeighbCk | |
| 035 | Referenc | |
| 036 | HighSchl | |
| 037 | College | |
| 038 | OthrAppl | |
| 039 | Drugs | |
| 040 | MilCheck | |
| 041 | Position | PO |
| 042 | Citizen? | Y |
| 043 | EducLevl | HS |
| 044 | DrvLisSt | VA |
| 045 | DrvLicRc | |
| 046 | Preferne | 1 |
| 047 | Initials | BA |
| 048 | Recruit | |
| 049 | DQLetter | SL |
| 050 | VOL FIRE | |
| 051 | Residnce | PG |
| 052 | CreditRp | |
| 053 | Curr grp | |
| 054 | ReasonDQ | 47 |
| 055 | MaritalS | S |
| 056 | E-mail | |
| 057 | DISQUAL | |
| 058 | EligType | |
| 059 | Disposit | DQ |
| 060 | Status | IN |
| 061 | OralIntv | /  / |
| 062 | RsltOral | |
| 063 | IntlIntv | /  / |
| 064 | IntvRslt | |
| 065 | WritDate | 10/06/2000 |
| 066 | WritRslt | P |
| 067 | PolyDate | /  / |
| 068 | PolyRslt | |
| 069 | AgilDate | 10/06/2000 |
| 070 | AgilRslt | P |
| 071 | PhysDate | /  / |
| 072 | PhysRslt | |
| 073 | PsychDte | /  / |
| 074 | PsycRslt | |
| 075 | HireDate | /  / |
| 076 | EEO.Code | |
| 077 | DOB | 04/27/1976 |
| 078 | Age..... | 24 |
| 079 | InactDte | 10/19/2000 |
| 080 | MdCrtWhr | |
| 081 | unused81 | -9 |
| 082 | unused82 | -9 |
| 083 | unused83 | -9 |
| 084 | unused84 | -9 |
| 085 | unused85 | -9 |
| 086 | unused86 | -9 |
| 087 | unused87 | -9 |
| 088 | unused88 | -9 |
| 089 | unused89 | -9 |
| 090 | unused90 | -9 |
| 091 | unused91 | -9 |
| 092 | unused92 | -9 |
| 093 | unused93 | -9 |
| 094 | unused94 | -9 |
| 095 | unused95 | -9 |
| 096 | unused96 | -9 |
| 097 | unused97 | -9 |
| 098 | unused98 | -9 |
| 099 | unused99 | -9 |
| 100 | unusd100 | -9 |
| 101 | unusd101 | -999.99 |
| 102 | Height | -999.99 |
| 103 | Writ.Scr | 74.00 |
| 104 | Weight | -999.99 |
| 105 | unuse105 | -999.99 |
| 106 | Rater..2 | -999.99 |
| 107 | Rater..3 | -999.99 |
| 108 | Score..1 | -999.99 |
| 109 | Score..2 | -999.99 |
| 110 | Score..3 | -999.99 |
| 111 | Oral.Raw | -999.99 |
| 112 | TotlOral | -999.99 |
| 113 | Perf Raw | -999.99 |
| 114 | Perf Con | -999.99 |
| 115 | Inv-Date | -999.99 |
| 116 | Scratch2 | -999.99 |
| 117 | SubTotal | 0.00 |
| 118 | Pref.Pts | 0.00 |
| 119 | FinalScr | -999.99 |
| 120 | Rank.... | -999.99 |

101900 - Controlled Dangerous Substances:  The applicant admits to selling
marijuana between 1995 through 1996 in the amount of $12000.  et/sw

110300 - Applicant called to inquire about his DQ notice. He was advised he
was not selected due to his admitted sales of marijuana. Applicant was
referred to the Personnel Board.  wh

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 001 | SocSecNo | 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 | 061 | OralIntv | /  / |
| 002 | Anounce# | 01-160 | 062 | RsltOral | |
| 003 | FrstName | TROY ANTHONY | 063 | IntlIntv | /  / |
| 004 | LastName | THOMPSON | 064 | IntvRslt | |
| 005 | StreetNo | 2110 | 065 | WritDate | 11/30/2001 |
| 006 | StreetNm | TRAFALGAR DRIVE | 066 | WritRslt | P |
| 007 | City | FORT WASHINGTON | 067 | PolyDate | /  / |
| 008 | StateZip | MD 20744 | 068 | PolyRslt | |
| 009 | HomePhne | (301)292-9698 | 069 | AgilDate | 11/30/2001 |
| 010 | Work/Msg | (202)305-4040 | 070 | AgilRslt | P |
| 011 | DateRecd | 12/03/2001 | 071 | PhysDate | /  / |
| 012 | CPA/CCP# | CSA01-0364 | 072 | PhysRslt | |
| 013 | FDAGENCY | | 073 | PsychDte | /  / |
| 014 | PS DATE | 11/30/2001 | 074 | PsycRslt | |
| 015 | Military | | 075 | HireDate | /  / |
| 016 | BirthNme | | 076 | EEO.Code | |
| 017 | Invest# | | 077 | DOB | 04/27/1976 |
| 018 | DrvLicns | T512802067323 | 078 | Age..... | 25 |
| 019 | OthrName | | 079 | InactDte | 12/18/2001 |
| 020 | FileNum# | 5773 | 080 | MdCrtWhr | |
| 021 | EthnicCd | B | 081 | unused81 | -9 |
| 022 | Gender.. | M | 082 | unused82 | -9 |
| 023 | CurrEmp? | N | 083 | unused83 | -9 |
| 024 | Eyes | | 084 | unused84 | -9 |
| 025 | CrimRec? | | 085 | unused85 | -9 |
| 026 | Hair | | 086 | unused86 | -9 |
| 027 | MPTCERT? | N | 087 | unused87 | -9 |
| 028 | ENCOURAG | | 088 | unused88 | -9 |
| 029 | RcrtSrce | | 089 | unused89 | -9 |
| 030 | Standard | A | 090 | unused90 | -9 |
| 031 | Agency | SD | 091 | unused91 | -9 |
| 032 | CurEmpCk | | 092 | unused92 | -9 |
| 033 | PrvEmpCk | | 093 | unused93 | -9 |
| 034 | NeighbCk | | 094 | unused94 | -9 |
| 035 | Referenc | | 095 | unused95 | -9 |
| 036 | HighSchl | | 096 | unused96 | -9 |
| 037 | College | | 097 | unused97 | -9 |
| 038 | OthrAppl | | 098 | unused98 | -9 |
| 039 | Drugs | | 099 | unused99 | -9 |
| 040 | MilCheck | | 100 | unusd100 | -9 |
| 041 | Position | DS | 101 | unusd101 | -999.99 |
| 042 | Citizen? | Y | 102 | Height | -999.99 |
| 043 | EducLevl | HS | 103 | Writ.Scr | 77.00 |
| 044 | DrvLisSt | MD | 104 | Weight | -999.99 |
| 045 | DrvLicRc | | 105 | unuse105 | -999.99 |
| 046 | Prefernc | 1 | 106 | Rater..2 | -999.99 |
| 047 | Initials | BA | 107 | Rater..3 | -999.99 |
| 048 | Recruit | | 108 | Score..1 | -999.99 |
| 049 | DQLetter | SL | 109 | Score..2 | -999.99 |
| 050 | VOL FIRE | | 110 | Score..3 | -999.99 |
| 051 | Residnce | PG | 111 | Oral.Raw | -999.99 |
| 052 | CreditRp | Q | 112 | TotlOral | -999.99 |
| 053 | Curr grp | | 113 | Perf Raw | -999.99 |
| 054 | ReasonDQ | 47 | 114 | Perf Con | -999.99 |
| 055 | MaritalS | S | 115 | Inv-Date | -999.99 |
| 056 | E-mail | | 116 | Scratch2 | -999.99 |
| 057 | DISQUAL | | 117 | SubTotal | 0.00 |
| 058 | EligType | | 118 | Pref.Pts | 0.00 |
| 059 | Disposit | DQ | 119 | FinalScr | -999.99 |
| 060 | Status | IN | 120 | Rank.... | -999.99 |

(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   Page 2)

121801 - Undetected Crimes:  The applicant was previously disqualified on
101900, under CPA00-0205.  The applicant admits to selling marijuana between
1995 through 1996 in the amount of $12000.  In the applicant's Preliminary
Questionnaire of 113001, the applicant failed to disclose he sold marijuana.

This is a dual case filed with Police Officer file CPA01-0252.  sw

| | | | | | | |
|---|---|---|---|---|---|---|
| 001 | SocSecNo | 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 | | 061 | OralIntv | / / |
| 002 | Anounce# | 02-011 | | 062 | RsltOral | |
| 003 | FrstName | TROY ANTHONY | | 063 | IntlIntv | / / |
| 004 | LastName | THOMPSON | | 064 | IntvRslt | |
| 005 | StreetNo | 2110 | | 065 | WritDate | 05/10/2002 |
| 006 | StreetNm | TRAFALGAR DRIVE | | 066 | WritRslt | P |
| 007 | City | FORT WASHINGTON | | 067 | PolyDate | / / |
| 008 | StateZip | MD 20744 | | 068 | PolyRslt | |
| 009 | HomePhne | (301)203-8911 | | 069 | AgilDate | 05/10/2002 |
| 010 | Work/Msg | (202)514-7398 | | 070 | AgilRslt | P |
| 011 | DateRecd | 05/13/2002 | | 071 | PhysDate | / / |
| 012 | CPA/CCP# | CPA02-0714 | | 072 | PhysRslt | |
| 013 | FDAGENCY | | | 073 | PsychDte | / / |
| 014 | PS DATE | 05/10/2002 | | 074 | PsycRslt | |
| 015 | Military | | | 075 | HireDate | / / |
| 016 | BirthNme | | | 076 | EEO.Code | |
| 017 | Invest# | | | 077 | DOB | 04/27/1976 |
| 018 | DrvLicns | T512802067323 | | 078 | Age..... | 26 |
| 019 | OthrName | | | 079 | InactDte | 05/14/2002 |
| 020 | FileNum# | 5773 | | 080 | MdCrtWhr | |
| 021 | EthnicCd | B | | 081 | unused81 | -9 |
| 022 | Gender.. | M | | 082 | unused82 | -9 |
| 023 | CurrEmp? | N | | 083 | unused83 | -9 |
| 024 | Eyes | | | 084 | unused84 | -9 |
| 025 | CrimRec? | | | 085 | unused85 | -9 |
| 026 | Hair | | | 086 | unused86 | -9 |
| 027 | MPTCERT? | N | | 087 | unused87 | -9 |
| 028 | ENCOURAG | | | 088 | unused88 | -9 |
| 029 | RcrtSrce | | | 089 | unused89 | -9 |
| 030 | Standard | A | | 090 | unused90 | -9 |
| 031 | Agency | PD | | 091 | unused91 | -9 |
| 032 | CurEmpCk | | | 092 | unused92 | -9 |
| 033 | PrvEmpCk | | | 093 | unused93 | -9 |
| 034 | NeighbCk | | | 094 | unused94 | -9 |
| 035 | Referenc | | | 095 | unused95 | -9 |
| 036 | HighSchl | | | 096 | unused96 | -9 |
| 037 | College | | | 097 | unused97 | -9 |
| 038 | OthrAppl | | | 098 | unused98 | -9 |
| 039 | Drugs | | | 099 | unused99 | -9 |
| 040 | MilCheck | | | 100 | unusd100 | -9 |
| 041 | Position | PO | | 101 | unusd101 | -999.99 |
| 042 | Citizen? | Y | | 102 | Height | -999.99 |
| 043 | EducLevl | 1 | | 103 | Writ.Scr | 71.00 |
| 044 | DrvLisSt | MD | | 104 | Weight | -999.99 |
| 045 | DrvLicRc | | | 105 | unuse105 | -999.99 |
| 046 | Prefernc | | | 106 | Rater..2 | -999.99 |
| 047 | Initials | SC | | 107 | Rater..3 | -999.99 |
| 048 | Recruit | | | 108 | Score..1 | -999.99 |
| 049 | DQLetter | NL | | 109 | Score..2 | -999.99 |
| 050 | VOL FIRE | | | 110 | Score..3 | -999.99 |
| 051 | Residnce | PG | | 111 | Oral.Raw | -999.99 |
| 052 | CreditRp | | | 112 | TotlOral | -999.99 |
| 053 | Curr grp | | | 113 | Perf Raw | -999.99 |
| 054 | ReasonDQ | 47 | | 114 | Perf Con | -999.99 |
| 055 | MaritalS | S | | 115 | Inv-Date | -999.99 |
| 056 | E-mail | | | 116 | Scratch2 | -999.99 |
| 057 | DISQUAL | | | 117 | SubTotal | 0.00 |
| 058 | EligType | | | 118 | Pref.Pts | 0.00 |
| 059 | Disposit | DQ | | 119 | FinalScr | -999.99 |
| 060 | Status | IN | | 120 | Rank.... | -999.99 |

(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   Page 2)

051402 - Undetected Crimes:  The applicant was previously disqualified on
101900, under CPA00-0205.  The applicant admits to selling marijuana between
1995 through 1996 in the amount of $12,000.  In the applicant's Preliminary
Questionnaire of 051002, the applicant failed to disclose he sold marijuana.
 sw