# EXHIBIT 9



# PERSONAL HISTORY STATEMENT

**UNIFORM AND SENSITIVE POSITIONS ONLY**



## ADMINISTRATIVE SERVICES BUREAU

Personnel Liaison Office,

Recruiting Branch

# Personal History Statement
## Part XIII

### Miscellaneous

| | | Yes | No |
|---|---|---|---|
| 1. | Do you belong to any organization and/or adhere to any belief which would in any way: | | |
| A. | Limit or prohibit your use of weapons or firearms? | | X |
| B. | Restrict or prohibit you from working on particular days off? | | X |
| C. | Restrict you from conforming to departmental standards of appearance and/or grooming which may from time to time be set? | | X |
| | If you answered "Yes" to any of the above, explain in the Remarks Section (Part XIV). | | |
| 2. | Do you now, or have you in the past, used, tried, or experimented with: | | |
| A. | Marijuana (in any of its forms)? | | X |
| B. | Narcotics of any kind? | | X |
| C. | Dangerous drugs of any kind? | | X |
| D. | Any other illegal drug? | | X |
| | If you answered "Yes" to any of the above, explain in the Remarks Section (Part XIV). | | |
| 3. | Do you now take or have you ever taken any medication other than a doctor's prescription (with the exception of over-the-counter drugs)? | | X |
| 4. | Are you now, or have you ever been, a member of or advocated the basic tenets and beliefs of: | | |
| A. | The Communist Party, U.S.A., or any subdivision of the Communist Party, U.S.A.? | | X |
| B. | An organization that to your present knowledge, seeks the overthrow of the constitutional form of government of the United States by force or violence, or other unlawful means? | | X |
| | If you answered "Yes" to either of the above, give full details in the Remarks Section (Part XIV). | | |
| 5. | Have you ever been issued a permit or license to carry a handgun or other weapon on your person? If Yes, give full details below. | | X |
| 6. | If you have ever been issued a permit or license to carry a handgun, have you ever discharged your weapon (other than at an approved range), or been the subject of an investigation regarding the discharge of your weapon? If yes, give full details below. | | X |

# Personal History Statement

## Part XIII

### Miscellaneous

7. List any special skills that you possess that you believe may be applicable to the position for which you are applying (skills with machines; public speaking experience; membership in a professional, scientific, community, or other such organization, etc.)

   Computer Skills in Networking and Computer Configuring etc.

8. 

| | | Yes | No |
|---|---|---|---|
| A. | Is this the first time that you have applied for a position with the Metropolitan Police Department? | | X |
| B. | Have you ever applied for a position with any Federal, State, or local law enforcement agency or any fire department? | X | |
| C. | Have you ever applied for any position with the Federal Government for which a background investigation was initiated? | X | |
| D. | Have you ever been denied employment by an organization covered in Questions "A" or "B" (above)? | | X |
| E. | Have you had any prior law enforcement training or experience? | | X |

If you answered "Yes" to any of the above five questions ("A" thru "E"), provide complete details in the space below with regard to all such positions applied for. Be sure to include the name and address of each organization applied to, the position(s) applied for, the date(s) of your application(s), and the reason(s) you were not employed in each instance (including a thorough explanation of why you were denied employment, if such was the case). If additional space is needed, use Part XIV.

(B) I applied for PG County Police. Some one else was more qualified. Year May 2002

(C) I work at the Department of Defense they Did a background check and fingerprint check. I do have a Clearance.

(A) I Applied in Sept 2001 for the metropolitan police.

**Signature Page Must Be Completed. Turn to Page 32.**