UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 1:06-cv-00063 (EGS) |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, the Opposition thereto, the Reply, if any, and the record herein, it is, by this Court this ____ day of _____, 2008;

ORDERED that the Defendant's motion for summary judgment is GRANTED, and

ORDERED that this case shall be and the same is hereby DISMISSED with prejudiced.

                                      EMMETT G. SULLIVAN, Judge
                                      United States District Court
                                      for the District of Columbia

Copies to Counsel by ECF