IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY THOMPSON** | : |
| **Plaintiff** | : |
| v. | : Case No: 06cv0063-EGS |
| **DISTRICT OF COLUMBIA** | : |
| **Defendant.** | : |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSTION
OF TIME TO FILE HIS SUMMARY JUDGMENT RESPONSE**

COMES NOW, the Plaintiff, Troy Thompson, by his undersigned counsel, and respectfully moves this Court, pursuant to the Federal Rules of Civil Procedure Rule 6, to enlarge time to answer the Defendant's Motion for Summary Judgment in this matter until March 31, 2008. Undersigned counsel received the consent of the Plaintiff's counsel on March 11, 2008 for a 7 day extension. As grounds for this Motion, Defendant states as follows:

1. Defendant filed its Summary Judgment Motion on February 22, 2008.

2. The Plaintiff's deadline to respond was set for March 24, 2008 in this matter.

3. Defendant was out of town and not in his office the week of February 25th.

4. Plaintiff is seeking an additional week to respond to the motion.

5. Undersigned counsel sought and graciously received the consent of counsel for the Defendant to file this motion.

6. Both parties have agreed to this motion subject to the Court granting its acceptance.

7. This extension would not prejudice either party.

WHEREFORE, for the foregoing reasons Plaintiff's counsel respectfully request an extension to file a response to Defendant's Summary Judgment Motion.

Respectfully submitted,

_____/s/_____
Reuben B. Collins, II
THE COLLINS LAW GROUP, LLC
P. O. Box 1857
La Plata, MD  20646
(301)934-4366
Bar No. 459751
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March 2008, a true and exact copy of the foregoing motion was delivered via electronic filing to the following:

David A. Jackson
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, DC 20001

_____/s/_____
Reuben B. Collins, II

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TROY THOMPSON** : | |
| : | |
| **Plaintiff** : | |
| v.  : | Case No: 06cv0063 EGS |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| **Defendant.** : | |
| _____: | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Federal Rule of Civil Procedure Rule 6

2. The record herein.


_____/s/_____
Reuben B. Collins

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY THOMPSON : | |
| Plaintiff : | |
| v. : | Case No: 06cv0063 EGS |
| DISTRICT OF COLUMBIA : | |
| Defendant. : | |

## ORDER

UPON CONSIDERATION of the Plaintiff's request for an extension, and the record herein, it is this day of _____, 2008,

ORDERED: that Plaintiff's extension motion is hereby GRANTED, and it is,

FURTHER ORDERED_____

_____

_____
HONORABLE JUDGE

David A. Jackson
Assistant Attorney General
441 Fourth Street, NW, 6 South
Washington, DC 20001

4