IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY THOMPSON  :<br>  :<br>   Plaintiff  :<br>  v.  :   Case No.: 1:06cv063-(EGS)<br>  :<br>DISTRICT OF COLUMBIA  :<br>  :<br>  :<br>   Defendant.  :<br>_____: | |

### PLAINITIFF'S CONSENT MOTION FOR
### LEAVE TO LATE FILE HIS MOTION

COMES NOW, the Plaintiff, Troy Thompson, by his undersigned counsel, and respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 26 (b), for Leave to enlarge the time for filing the attached Response Motion in this matter. Plaintiff requested and received the consent of the Defendant to file this motion. As grounds for this Motion, Plaintiff states as follows:

1. This Honorable Court granted a Consent Motion by the Parties to allow Plaintiff until March 31, 2008 to file his Response to Defendant Motion to Summary Judgment.

2. Plaintiff was unable to timely file his Motion due to technical issues associated with Electronically Filing his Response.

3. Plaintiff kept the Defendant apprised of these issues and as a result received his consent to file this Motion.

4. This short four day delay in filing the brief would not prejudice either party in the pursuit of justice.

5. Plaintiff is Response Motion is attached to this request.

WHEREFORE, for the foregoing reasons, and it appearing that there is no opposition to the filing of this request, Plaintiff's counsel respectfully requests leave to file his motion.

RESPECTFULLY SUBMITTED,

_____/s/_____
Reuben B. Collins, II, Esq.  #459751
The Collins Law Group, LLC
P. O. Box 1857
La Plata, MD  20646
(301)934-4366
Attorney for Plaintiff Troy Thompson

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Leave was both electronically transmitted and mailed, postage prepaid, this 4th day of April, 2008, to:

David A. Jackson #471535
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C.  20001
Attorney for Defendant District of Columbia

_____/s/_____
Reuben B. Collins, II

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY THOMPSON | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06cv063 (EGS) |
| DISTRICT OF COLUMBIA | : | |
| Defendant. | : | |

MEMORANDUM OF
<u>POINTS AND AUTHORITIES</u>

1. Federal Rules of Civil Procedures 26 (b)

2. The record herein.

_____/s/_____
Reuben B. Collins, II  Esquire

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY THOMPSON | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06cv063-(EGS) |
| DISTRICT OF COLUMBIA | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Leave and good cause having been shown, it is by the Court this day of _____, day of _____, 08.

ORDERED, that the Plaintiff's motion is hereby granted.

_____
United States District Judge