JUN-08-04   15:26   From-MPD Human Services  +202 727 0910   T-800   P.001/002   F-174



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## METROPOLITAN POLICE DEPARTMENT

MAR 31 2004

Probationary Officer Troy Thompson
Metropolitan Police Department
Institute of Police Science
4665 Blue Plains Drive, S.W.
Washington, D.C. 20032

Dear Probationary Officer Thompson:

The purpose of this letter is to provide you with notice of an extension of your probationary period as an officer with the D.C. Metropolitan Police Department, Institute of Police Science.

According to General Order No. 201.7 an officer's probationary period may be extended for up to 18 additional months in each of the following circumstances:

(1) For each workday that the probationer is placed in a non-pay status for any reason; and

(2) For each workday that the probationer is unable to perform the full range of police duties of the position to which he/she is assigned, including, but not limited to, periods of sick leave or non-contact status.

Since you have been in a non-contact duty status since February 26, 2004 and unable to perform the full range of police duties, your probationary period has been indefinitely extended.

Sincerely,

Shannon P. Cockett
Assistant Chief
Human Services

Cc:   Commander, Institute of Police Science

EXHIBIT
Taylor 1
1-23-08

P.O. Box 1606, Washington, D.C. 20013-1606