# COMPLAINT FORM

Information required therein will assist OHR staff to determine the nature and extent of discrimination as defined by the Federal/Local Discrimination Laws. Please complete the following form in its entirety and to the best of your knowledge. This form is subject to review and acceptance by the Office of Human Rights.

*Notice of Non-Discrimination*

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code Section 2-1401.01 et seq., (Act) the District of Columbia does not discriminate on the bases of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familiar status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination, which is also prohibited by the Act. In addition, harassment based on any of the above-protected categories is also prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.*

## I. COMPLAINANT

Date: July 22, 2004    OHR Docket No.: _____    EEOC No.: _____

Name: Troy Thompson

Address: P.O. Box 441333

City/State/Zip: Fort Washington, Md. 20749

Tel # (H): 301-292-9698    Tel # (W): _____

Race: African American/Black    Social Security No.: 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

Sex: Male    Date of Birth: 4-27-76

**CONTACT PERSON IF YOU CANNOT BE REACHED:**

Name: Ms. Sheila Thompson

Address: P.O. Box 441333

City/State/Zip: Ft. Washington, Md. 20749

Tel # (H): 301-292-9698    Tel # (W): 703-305-9023

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

1

rev 02/04

**IF REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:**

Name: Reuben B. Collins II   Telephone/Fax: Voice 202-546-5023  Fax 202-546-5726

Address: 639 Eye St., N.E. Washington, D.C. 20002

*Please note: If you are represented by counsel or retain counsel prior to your scheduled Intake interview, the counsel must either (1) be present with you for the duration of your Intake interview, or (2) withdraw his/her appearance from the interview by submitting a letter to the Office indicating that the interview may take place without his/her representation.

## 2. RESPONDENT

Name of company or organization: District of Columbia Government Metropolitan Police Department

Name and Title of principal officer (i.e. President, Owner, Human Resources Manager): Charles H. Ramsey, Chief

Nature of Business: Local Government

Address: 300 Indiana Ave., N.W.

City/State/Zip: Washington, D.C.

Tel #:                          Fax #:

## 3. BASIS OF COMPLAINT

The basis is the reason you were treated differently than others outside of your protected class

Do you feel you were discriminated against because of your: (Please check appropriate box and provide detail, if necessary.) Black

- [x] Race African American  [x] Sex Male
- [ ] National Origin ____   [ ] Religion ____
- [ ] Color ____              [ ] Age ____
- [ ] Disability ____         [ ] Familial Status   [ ] Source of Income
- [ ] Matriculation  [ ] Marital Status  [ ] Personal Appearance  [ ] Sexual Orientation
- [ ] Place of Residence or Business  [ ] Political Affiliation  [ ] Family Responsibilities

* Please note: Pursuant to the D.C Human Rights Act of 1977, as amended, the "familial status" and "source of income" bases are applicable only when alleging discrimination in housing, public accommodations and educational institutions. The basis of "place of residence or business" is applicable only if alleging discrimination in housing.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  Fax 202-727-9589
Complaint Form

2

rev 02/04

## 4. JURISDICTION

☑ Alleged violation occurred in the District of Columbia.

☑ Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).

☑ At least 1 employee (More than 15 employees to cross file with EEOC).

☑ You have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

## 5. AREA OF COMPLAINT

☑ Employment    ☐ Public Accommodation    ☐ Educational Institution

☐ DC Family and Medical Leave Act

## 6. ISSUES
What action was taken that made you feel you were treated differently?

☐ Family Medical Leave  ☑ Promotion  ☐ Transfer  ☐ Demotion  ☑ Discharge
☑ Retaliation  ☐ Sexual Harassment  ☑ Hostile Work Environment  ☐ Failure to Hire
☐ Equal Pay  ☑ Terms and Conditions  ☐ Failure to Accommodate  ☐ Discipline
☐ Denial of Service  ☐ Constructive Discharge  ☐ Admission or Admission Fees  ☐ Discounts
☐ Crowd Capacity  ☐ Personal Identification  ☐ Time of day/event  ☐ Restrictions/Rules
☐ Credit/Insurance  ☐ Complimentary Admission/Guest  ☐ Curriculum
☐ Membership Fee/Dues  ☐ Program Participation

Other: _____

## 7. DISTRICT OF COLUMBIA GOVERNMENT EMPLOYEES OR APPLICANTS

Please note: Pursuant to §105 of DCMR Title IV, all District Government employees must first consult an agency EEO counselor within 180 days of the alleged discriminatory act prior to filing with the Office of Human Rights, unless the District Government employee is alleging unlawful discrimination based on sexual harassment. The Office of Human Rights cannot process a complaint from current or former District Government employee unless (1) the employee has received a final letter from his/her Agency EEO Counselor, (2) twenty-one days have passed since the matter was called to the attention of the agency's EEO counselor and no final letter has been written, or (3) the employee is alleging unlawful discrimination

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

rev 02/04

3

based on sexual harassment

☒ You have filed an informal complaint with an agency assigned EEO Officer/ Counselor.
Counselor's Name: **Jacqueline Johnson**
Counselor's Agency: **Office of Diversity & EEO Compliance/MPD**
Counselor's Telephone Number: **202-727-9901**
Date Filed: **July 8, 2004**    Date of Exit Letter: **July 8, 2004**

## 8. EMPLOYMENT
### Time of Hire, Evaluations, Discipline, Termination

Date of Hire: **8-25-03**    Title: **Recruit Police Officer**

Salary at time of hire: _____

Date of Last Performance Evaluation: _____

Supervisor/Manager who performed the Evaluation: _____

Last Performance Evaluation Rating: ☐ Excellent  ☐ Good  ☐ Fair  ☐ Poor

Alleged adverse actions taken against you (i.e., written reprimand, suspension, denial of promotion) and the date the action was taken:
Action: **termination**    Date: **July 9, 2004**
Action: _____    Date: _____

☐ Current or ☒ Final position held with Respondent: **Recruit Police Officer**
Salary: **Approx. $39,500**

What reason did Respondent give for your ☐ termination or ☐ denial of promotion:

☐ Work Performance  ☐ Attendance  ☐ Insubordination  ☐ Gross Misconduct

Date of Termination/Denial of Promotion: **July 9, 2004**

## 9. PUBLIC ACCOMMODATION / EDUCATIONAL INSTITUTIONS
(Only complete section if your complaint deals with discrimination against a public accommodation or educational institution)

Date of alleged incident: _____

Service you requested: _____

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  Fax 202-727-9589
Complaint Form

4

rev 02/04

Person who denied your service request:

Name: _____ Title: _____

How is this person different from you (i.e. what is this person's protected basis?):

_____

Have you tried to resolve this matter with the Respondent? If so, please describe with whom you spoke and their response:

_____
_____
_____
_____

## 10. D.C. FAMILY AND MEDICAL LEAVE ACT
### (Only complete section if your complaint deals with the DCFMLA)

Have you been employed with this company for at least one (1) year and have worked at least one thousand (1,000) hours?
☐ YES    ☐ NO

Date(s) you requested: _____
Reason you requested: _____
Person who denied your request: _____
Title: _____

Others who have requested leave: _____

How are these persons different from you: _____

Have you tried to resolve this matter with Respondent? If so, please describe with whom you spoke and their response:
Name/Title: _____

_____
_____
_____
_____
_____

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

5

rev 02/04

## 11. WITNESSES

List whom you feel can corroborate your experience and provide evidence in your support.

Name: _____  Complainant will provide
Title: _____  witness list
Telephone: _____
What s/he can attest to: _____

Name: _____
Title: _____
Telephone: _____
What s/he can attest to: _____

Name: _____
Title: _____
Telephone: _____
What s/he can attest to: _____

Name: _____
Title: _____
Telephone: _____
What s/he can attest to: _____

## 12. YOUR COMPLAINT

Describe in detail the incident(s) that led you to file a complaint of discrimination. Please list dates as well as the name(s) of the person(s) who discriminated against you and deny you employment, promotion, training, goods/services, educational services, etc. If this is a disability-based complaint please specify whether an accommodation was requested, the person the request was submitted to and the date Respondent was notified of your disability.

See next page

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

6

rev 02/04

On July 6, 2004, I received letter of termination. Termination was initiated without cause. The termination was alleged to have been associated with a legal matter, of which I had been exonerated on or around March 2004.

During the course of the investigation, Internal Affairs Agent Moore was given authority to investigate the allegations through the Internal Affairs Division. Her actions in the course of her investigation raised serious questions about her objectivity and ability to initiate and conduct a fair and impartial review of black male recruits who have been referred to her for investigation.

I have knowledge of other recruits and probationary officers of different race (Caucasian) and sex who were treated differently but were the subject of similar allegations. In those cases, termination was not the disposition. I also have knowledge of other recruits who committed violations of the Metropolitan Police Recruit Officers Handbook who were of different race (Caucasian) who were treated differently. Termination was not the disposition in those cases.

In addition, while on the job, an official representing the Metropolitan Police Department engaged in acts of retaliation against me when I offered constructive criticism of the official's inappropriate sexual remarks regarding a fellow female recruit.

The respondent, Metropolitan Police Department, cannot articulate any legitimate business or administrative reason for their discriminatory actions.

The D.C. Office of Human Rights provides mediation. Mediation is a process in which an acceptable, impartial, third party attempts to assist disputing parties toward a mutual settlement. Two (2) mediators (co-mediators) are assigned to each case as a neutral third party to assist disputants in reaching a mutually acceptable resolution to their problem(s). The mediation process is mandatory and disputing parties design solutions to their own problems.

**Please Note:** In the event the Investigation reveals that your complaint should be dismissed you will receive a letter explaining the reasons for dismissal. Applicable regulations also require the OHR to send a copy of the dismissal notice to the Respondent.

_____        7-23-04
Complainant's Signature                          Date

## NOTARY SECTION

I, _____, having read the above, state that the responses contained herein are true and correct to the best of my knowledge and belief.

_____
Signature

SUBSCRIBED AND SWORN to before me this _____ day of _____, of 20___.

_____
Notary Signature

My Commission Expires: _____.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

8

rev 02/04

**FOR OFFICE USE ONLY: JURISDICTION**

☐ Alleged violation occurred in the District of Columbia.

☐ Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).

☐ At least 1 employee (More than 15 employees to cross file with EEOC).

☐ Complainant has not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559  *Fax 202-727-9589
Complaint Form

9

rev 02/04