UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| TROY THOMPSON | : |
| Plaintiff | : |
| vs. | : Case No: 06cv063 |
| DISTRICT OF COLUMBIA | : |
| Defendant. | : |

### AFFIDAVIT OF LATANYA TORRENCE

1. I, LaTanya Torrence, the affiant, former girlfriend of Troy Thompson, and am competent to be a witness and testify to, and have personal knowledge of, the matters stated herein and that the matters stated herein are within my personal knowledge and are true.

2. In February 2004, Linda Jamison, who at the time was an acquaintance of mine, filed a false police report alleging that Troy Thompson was committing phone threats against her.

3. Ms. Jamison was granted a hearing on a requested Peace Order.

4. Ms. Jamison misrepresented the truth at her Hearing and stated that she had dated Troy Thompson for six years.

5. I and Mr. Thompson had in fact been dating for approximately six years.

6. Mr. Thompson had only been introduced to Ms. Jamison through me on perhaps two occasions.

7. I believe that Ms. Jamison's motives in filing bogus charges against Mr. Thompson were due to her interests in pursuing an intimate relationship with me.

8. In April, 2004 I received a phone call from an Agent Moore of the Metropolitan Police Department, indicating that she was part of an internal investigation that involved Mr. Thompson.

9. I was asked by Agent Moore to discuss my testimony in the aforementioned court case involving Linda Jamison.

10. I explained to Ms. Moore that I would only talk to her in the presence of Mr. Thompson's lawyer.

1

11. A few months passed and suddenly Agent Moore popped up at my job, unannounced and unwelcome.

12. When she arrived at my place of employment she began bullying me stating that I should change my story and that she thought I lied in court and that she would try to bring charges up on me.

13. I explained to Agent Moore that my testimony was true and she became upset.

14. When she asked me why I was not at Mr. Thompson's MPD Academy graduation, I told her that Mr. Thompson had not graduated yet because of the investigation that was being done.

FURTHER AFFIANT SAYETH NOT

*LaTanya Torrence*
LaTanya Torrence

DISTRICT OF MARYLAND, ss:

Subscribed and sworn to before me, a Notary Public in and for the District aforesaid, this 29th day of March, 2008.

*Debborah Collins*
Debborah Collins, Notary

DEBBORAH T. COLLINS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires December 19, 2009

2