UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| TROY THOMPSON | : | |
| Plaintiff | : | |
| vs. | : | Case No: 06cv063 |
| DISTRICT OF COLUMBIA | : | |
| Defendant. | : | |

### AFFIDAVIT OF STEVE SALISBURG

1. I, Steve Salisburg, the affiant, sworn officer and employee of the Metropolitan Police Department, and am competent to be a witness and testify to, and have personal knowledge of, the matters stated herein and that the matters stated herein are within my personal knowledge and are true.

2. I was in the same recruitment class (2003-4) that included Troy Thompson.

3. I was aware an incident in which a white male recruit (Charles Hoetzel) in our class reported to the academy apparently under the influence.

4. I was aware that several members of our class were present when this incident occurred.

5. I am also aware that a recruit by the name of Eric Garcia (Hispanic male) failed the physical fitness test yet later was reinstated and given another opportunity to complete the requirements of the Police Academy.

6. I was also familiar with a white recruit in the 2003-4 class (Verite) who was given several opportunities to his physical fitness test.

FURTHER AFFIANT SAYETH NOT

_____  3/29/08
Steve Salisburg

DISTRICT OF MARYLAND, ss:

Subscribed and sworn to before me, a Notary Public in and for the District aforesaid, this ____ day of March, 2008.

_____
Debborah Collins, Notary

DEBBORAH T. COLLINS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires December 19, 2009

1