COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISON

| | | |
|---|---|---|
| TROY A. THOMPSON, | } | |
| Plaintiff, | } | CIVIL ACTION NO.: |
| v. | } | 106 CV 00013 |
| DISTRICT OF COLUMBIA, | } | |
| Defendant.. | } | |
| | } | |

-------------------------

Deposition of TROY ANTHONY THOMPSON,

taken on Friday, December 28, 2007 at 10:00 a.m.,

at the Office of the Attorney General for the

District of Columbia, One Judiciary Square, 441

4th Street, Northwest, Suite 600 South,

Washington, D.C., before E. Marsellas Coates,

Notary Public.

----------------------

Reported by:

E. Marsellas Coates



*Precise Reporting Services*
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

17

1      Q.  And the questions in that preliminary

2   booklet, what do they ask you as it related to

3   drug usage or drug sales?

4      A.  It asks you have you ever experimented

5   with marijuana.  I raised my hand and asked the

6   recruiter or investigator, the gentleman that was

7   there in charge of personnel, I asked him -- I

8   raised my hand, I said, I've never been -- I've

9   never smoked marijuana before.  I said, but I've

10   been around it.  Meaning --

11      Q.  Okay.  So let me interrupt you, and I

12   don't mean to interrupt you.  So when you fill

13   out this booklet, you are actually at a

14   government office in a room with somebody or some

15   people?

16      A.  Yes.

17      Q.  And is the people who are making the

18   application to the Police Department --

19      A.  These are -- they're applicants that's

20   in there filling out the blue booklet and it's

21   also investigators, I guess they're recruiters as

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

18

1   well, that's in there.  So if you have any

2   questions, you can raise your hand and get better

3   clarification.

4       Q.  So is this the first time that you

5   applied to PG County?

6       A.  Yes.  That's during the first time.

7       Q.  Okay.  And there were questions on the

8   exam about drug use?

9       A.  Yes.

10      Q.  And were the questions on the -- I'm

11  sorry -- not on the application.  Were there

12  questions on the application about the sale of

13  drugs?

14      A.  Yes.

15      Q.  And what did you put on your application

16  as it relates to drug use?

17      A.  I raised my hand to the investigator.

18      Q.  Okay.

19      A.  He came over.  He asked me --

20      Q.  I'm sorry.  But my question is, what did

21  you put on the application?

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

19

1       A.   On the application?

2       Q.   As it related to drug use?

3       A.   Well, I'm trying to get to that so you

4   get a better understanding from what it is --

5       Q.   Well, what I would like for you do is

6   answer my question.  We can back up at some

7   point.  But I just want to know what you put on

8   that application?

9       A.   The recruiter or investigator, after I

10  explained to her what happened, told me to put

11  down yes.

12      Q.   Yes to what?

13      A.   To marijuana smoke.

14      Q.   Okay.  And so you put down yes --

15      A.   Yes.

16      Q.   -- to marijuana smoke?

17      A.   As instructed by the investigator.

18      Q.   Did it ask you how many times you may

19  have used marijuana?

20      A.   Yes.

21      Q.   And what did you state in terms -- in

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

20

1    response to that question?

2    A.   In response to that question, as I

3    explained to my investigator, by me being around

4    it and never smoking it nine times, he indicated

5    put down nine times.  Even though I never smoked

6    it.

7    His interpretation was, being around it

8    was the same thing as smoking it.

9    Q.   And there was a question on there

10   relating to the sale of drugs?

11   A.   Uh-huh.  Correct.

12   Q.   And you answered that in the

13   affirmative?

14   A.   Yes.

15   Q.   And did you indicate on that application

16   how many times you were involved in the sale of

17   drugs?

18   A.   I indicated to my investigator or

19   recruiter that was there at that time, that I had

20   been around people that sold drugs.  And he

21   indicated that, if an officer was to come in and

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

21.

1    -- in a room and there was like drugs on the

2    table, everybody would get locked up, because

3    it's in your proximity.  So, therefore, he looked

4    at it as, me being around it is the same thing as

5    selling it, so.

6        Q.  And did you indicate to the -- on the

7    application how many times you had been around

8    the drugs?

9        A.  I don't think it gave a specific time,

10   but -- I don't think it gave a specific time for

11   how many times you were around it.

12       Q.  Was there a question -- and now we're

13   just talking about this first application?

14       A.  Correct.

15       Q.  Was there a question on that application

16   that asked you whether or not there was any

17   financial gain from the sale of drugs?

18       A.  From my -- my understanding, hearsay,

19   from people that you were in high school -- this

20   all happened when I was high school --

21       Q.  Okay.  That's not my question.  My

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

22

1    question is, on the application, was there a

2    question that asked you -- asked you whether or

3    not the -- there was any financial gain from that

4    sale of drugs?

5        A.   Yes.

6        Q.   Okay.   And what did write in response to

7    that question?

8        A.   In response to that question, of

9    hearsay, from what I heard from other people,

10   they -- they indicated to me they made $12,000 a

11   week.   So when I explained that to the

12   investigator, by him -- by me being around it,

13   for me to put down $12,000 a week.

14       Q.   And were there any other questions on

15   that application that related to either the use

16   or sale of drugs?

17       A.   I can't recall if there was any other

18   questions.   Only questions that I know that were

19   on there.   There might have been some other

20   questions, but that was so long ago, I can't

21   remember every question.   But those two questions

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

32

1    not sure what her rank was. She didn't -- she

2    didn't have any like sergeant ranks on or

3    lieutenant ranks or anything of that nature.

4         Q.  Now, in response to the questions that

5    were on the D.C. application as it related to

6    drug use, did you answer those questions?

7         A.  As I explained the situation to my

8    investigator for D.C., the way same way I

9    explained it to PG.  And she indicated that

10   interpretation -- you know, the investigator for

11   PG may have looked at it as being around it may

12   be smoking it.  But she said that's not -- have

13   you ever put it to your lips, I indicated no, it

14   was blown in my direction one time.

15        Q.  Did you answer the question?

16        A.  Yes.  I answered the question.  I

17   answered the question, yes.

18        Q.  What -- what was your answer in response

19   to the D.C. application related to drug use?

20        A.  My answer to D.C. was no, as instructed

21   by my recruiter at that time for D.C., after

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

33

1    explaining to her the situation.  But she also

2    said, where it says other agencies, at the

3    bottom, have you ever applied for any other

4    agencies, she said put down PG, because you did

5    apply for it, and I'll investigate it.

6         Q.  Did you provide any information on the

7    D.C. application as it relates to sale of drugs?

8         A.  That was -- I -- I explained to my

9    investigator about the -- being around people

10   that sold drugs.  And she indicated that she

11   would look into it.  I don't believe the

12   questions -- there were questions on PG's booklet

13   that specifically asked certain questions.  And

14   D.C. does not ask in those -- in their blue book,

15   their background booklet.  But I believe she

16   checked into all that.

17        Q.  Who do you believe checked into that?

18        A.  My investigator, for the D.C., my

19   recruiter.

20        Q.  Checked into all what?

21        A.  Check into actually, I guess, what I had

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

34

1    put down on my booklet, and PG -- what I put down

2    in my PG booklet as well.

3         Q.  Did you talk with your recruiter,

4    Recruit Officer Robinson, about any conversations

5    she may have had with people over at PG County?

6         A.  No.  I did not.

7         Q.  So August of 2003, you were allowed to

8    attend the D.C.'s Recruit Academy, right?

9         A.  Yes, sir.

10        Q.  And was your class assigned a Sergeant?

11        A.  Yes, sir.

12        Q.  Do you know who that Sergeant was?

13        A.  Sergeant Taylor.  Sergeant Damian

14   Taylor.

15        Q.  Prior to going -- or becoming a recruit,

16   did you know Sergeant Taylor?

17        A.  No, I did not, sir.

18        Q.  I just want to go through some of the

19   facts in your complaint.  I just want to get some

20   specific information.

21             According to you, and Mr. Collins -- I'm

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

35

1    reading from paragraph 7 of the complaint -- you

2    claim that in September 2001 you overheard

3    Sergeant Taylor making an offensive and

4    inappropriate remark to a female recruit?

5        A.  You said 2001?

6        Q.  I'm sorry.  2003.  I'm sorry?

7        A.  Yes.  Yes, sir.

8        Q.  Who was the recruit?

9        A.  The recruit was Hutchings, Recruit

10   Officer Hutchings, at that time.

11       Q.  And Officer Hutchings, what was her

12   race?

13       A.  She was a black female.

14       Q.  And what was the comments or offensive

15   language that you heard Sergeant Taylor allegedly

16   making to Officer Hutchings?

17       A.  He made a comment indicating, do you

18   know who your baby's father is?  And I took

19   offense to that, because as an official, those

20   comments should not be conducted, or should not

21   be stated to recruit officers.

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

36

1      Q.   Where was this comment made?

2      A.   It was a hallway in residential.  We

3  were in residential.  We were leaving at the end

4  of the day to go home.

5      Q.   And what did Officer Hutchings say?

6      A.   She was very offended by the comment

7  that a ranking officer -- official, I should say,

8  made -- indicated.  And I took offense to it as

9  well.

10     Q.   What did she say?

11     A.   She said she didn't appreciate the

12  comments that Sergeant Taylor had indicated to

13  her.

14     Q.   Who else was present when Sergeant

15  Taylor made these comments?

16     A.   The whole class.  The whole class was

17  present.  He was going down the line.  We were

18  doing pushups and he was going down the line

19  asking people, do you know who your baby's father

20  is, or if it was guys, you -- are you sure that

21  that's the baby that you conceived, you know,

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

37

1    your child's mother and things like that.   That's

2    when he got -- so that offended me.

3        Q.   So he was making comments of a similar

4    nature to all the recruits, not just Officer

5    Hutchings?

6        A.   Right.

7        Q.   Now, when you say that you were offended

8    by it, what did you do?

9        A.   I went to -- spoke to Sergeant Taylor

10   and asked him, you know, I felt -- letting him

11   know, actually, that I was offended with the

12   comment that he had made.

13       Q.   Did he say the same thing to you?

14       A.   He said to me, I'm an official and you

15   are a recruit.

16       Q.   And so maybe my question wasn't clear.

17   As he's going down the line making these

18   different comments to -- to the female and male

19   recruit officers --

20       A.   Uh-huh.

21       Q.   -- what did he say to you?

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

38

1      A.   He asked me the same question.

2      Q.   Meaning, are you sure what you -- I'm

3   sorry, what's the comment again?

4      A.   The comment was, are you sure that the

5   child -- do you know who your baby's father is,

6   with the females.  And with the males, are you

7   sure that that's, you know, your child.

8      Q.   So when did this conversation between

9   you and Sergeant Taylor take place?

10      A.   It took place after class, after

11   everybody had left.

12      Q.   Where at?

13      A.   In front of residential.

14      Q.   Outside or inside?

15      A.   Outside.

16      Q.   And what did you say to Sergeant Taylor?

17      A.   I explained to Sergeant Taylor that the

18   comments that he had made was very offensive to

19   me, and I didn't appreciate the comment that he

20   had made to Hutchings and the rest of the people

21   in the class.

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

46

1    Roddenhover is a Caucasian female.

2        Q.  Now, you also indicated that Sergeant

3    Taylor was aware that two of the -- two of the

4    male recruit officers --

5        A.  The males.

6        Q.  Correct.

7        A.  Uh-huh.  Go ahead.

8        Q.  -- came to work smelling of alcohol?

9        A.  It was only one recruit came to work

10   smelling like alcohol.

11       Q.  So in paragraph 9 of your complaint,

12   that reads, "In or about January of 2004

13   Plaintiff learned that two Caucasian male

14   recruits in his class came to work smelling of

15   alcohol."  Is that incorrect?

16       A.  Yes.  It's only one -- only one recruit

17   that came to work smelling like alcohol.

18       Q.  And what was the recruit's name?

19       A.  Charles Holsom (phonetic).

20       Q.  And then you allege that the -- the

21   recruit confessed to Sergeant Taylor that he had

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

47

1      been drinking the previous night?

2          A.  Correct.

3          Q.  Correct?

4          A.  Yes.

5          Q.  How do you know that he confessed to

6      Sergeant Taylor?

7          A.  Because when -- after roll call,

8      Sergeant Taylor came and spoke to Officer Holsom

9      about it, and Officer Holsom confessed that he

10     had been drinking the night before.  And it was

11     brought to Sergeant Taylor's attention.

12         Q.  Were you present when this --

13         A.  The whole class was present.

14         Q.  And where did this confession take

15     place?

16         A.  It took place in roll call, at roll

17     call.

18         Q.  And what is the basis for your

19     allegation that no investigation was conducted or

20     no disciplinary action was taken?

21         A.  Because the recruit indicated that all

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

60

1    have this evaluation?

2         A.   No.  But the evaluation was never done.

3    I was never -- I was never sent.

4         Q.   Do you know a person by the name of

5    Linda Jamison?

6         A.   No, I did not.

7         Q.   You don't know a Linda Jamison?

8         A.   I don't know a Linda Jamison.  I know an

9    Icy, I guess that's Linda Jamison, but I know her

10   by Icy.  I didn't know her by Linda Jamison.

11        Q.   How do you spell Icy?

12        A.   I-C-Y.

13        Q.   Do you know, as of this date, know that

14   Icy's name is Linda Jamison?

15        A.   Yes.

16        Q.   And when did you find that out?

17        A.   I found that out once.  I had some

18   charges brought up on me with Prince George's

19   Community College -- I mean, Prince George's

20   County Police Department.

21        Q.   And when were those charges brought

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

61

1   against you?

2        A.   I would have to look directly at my

3   notes, but I believe it was in February, I

4   believe.

5        Q.   Of what year?

6        A.   Of 2004.

7        Q.   Okay.  And how long had you known Icy as

8   of 2004?

9        A.   I only met her twice.  She knew my

10  girlfriend at the time.  She knew my girlfriend

11  Latonya Torrance.

12       Q.   Who is your girlfriend?

13       A.   She knew my girlfriend at that time,

14  Latonya Torrance.  That's how I was introduced to

15  Icy.  And I only seen Icy twice.

16       Q.   Is Ms. Torrance still your girlfriend?

17       A.   As of right now, no.

18       Q.   When did you break off that

19  relationship?

20       A.   I broke off the relationship with

21  Ms. Torrance after everything had completed.  We

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

62

1    were off and on, as far as like going through our

2    problems, but we were still, you know, dating,

3    you know, sex and things of that nature.

4        Q.  When you say after everything completed

5    you broke off the relationship, what are you

6    talking about everything, what everything?

7        A.  After everything had -- after I had gone

8    through, you know, this whole situation of her

9    friends -- her and her friends lying on the

10   documentation, things of that nature.  So I broke

11   it off.

12       Q.  How long had you dated Ms. Torrance?

13       A.  I dated Ms. Torrance for four years.

14       Q.  And when did you break off the

15   relationship?

16       A.  I would say probably sometime in '04.

17   We were off and on, you know what I'm saying.  So

18   it might have been in '06 -- '03, '04, beginning

19   of '04, somewhere around in that time frame.

20       Q.  Now, you said that you broke off the

21   relationship.  Is that how it happened, you broke

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

105

1    statements from all these other people.  You just

2    -- he just pinpointed certain people in the

3    class.

4              And, also, if I recall correctly, Donnay

5    Davis was the officer that stole the credit card

6    from the lady that's in the newspaper right now,

7    out of her credenza.  So, you know, his

8    credibility, right there, is out of the ordinary.

9              So where are the rest of the statements

10   at from all the other people in the class?

11             MR. JACKSON:  I'm going to be finished

12   in a little -- little while.  Not too much

13   longer.

14        Q.  I just want to talk about these

15   different counts in your complaint.  1, you have

16   Count 1, discrimination based on gender?

17        A.  Uh-huh.

18        Q.  Who do you believe discriminated against

19   you based on your gender?

20        A.  I believe Lieutenant -- Sergeant Taylor

21   had Agent Moore in my case.  So Agent Moore, as

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

106

1    far as an Internal Affairs person, her being a

2    black female, discriminated against me, because

3    she didn't do a fair investigation by going back

4    and asking, you know, other people.

5         Also, with the incident with these two

6    recruits that came to work -- I mean, two

7    recruits that broke into residential.

8         And also Recruit Officer Charles Holsom

9    came to work smelling like alcohol, and also Eric

10   Garcia, who was terminated for failing the

11   physical fitness test, but then reinstated as

12   well.  He's hispanic, that was Sergeant Daniels'

13   class in 2000.

14        Q.  All right.  Sergeant Garcia is a male or

15   female?

16        A.  Sergeant -- no.  Recruit Eric Garcia, is

17   a male, hispanic.  He was in Sergeant Daniels'

18   class in 2003; that's when he joined the Academy.

19   He was terminated in May of '04.  He was then

20   reinstated ten months later, so he was in his

21   March class.

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

107

1        Q.  And then there was the individual

2   officer or officers who allegedly came to -- came

3   to work smelling of alcohol?

4        A.  This was only one officer, Officer

5   Holsom.

6        Q.  And that was also a man, right?

7        A.  Yeah.  White, Caucasian male.

8        Q.  Okay.  Any other incidents involving men

9   that you're concerned about that you say would

10  support your claim of gender discrimination?

11       A.  I don't have any as of right now, but

12  I'm sure that I can probably try to find some

13  more information.

14       Q.  Now, if Officer Garcia and the white

15  officer who came to work smelling of alcohol,

16  both men, why -- what is the basis for your claim

17  that they discriminated against you because

18  you're a man?

19       A.  Because they're hispan -- one's hispanic

20  and one white, Caucasian.  And I'm going on race,

21  because I'm a black, African-American.

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

108

1      Q.  But my question is, do you have --

2   gender.  I want to understand what your

3   complaint is about your gender.  Why are they --

4      A.  Because the two female recruits, that's

5   gender.  They're females and I'm a male.  Race

6   discrimination doesn't just go under, you know,

7   color, it goes under race, you know, gender as

8   far as male-female, things of that nature.

9          So the gender part would be the two

10  female recruits, Cole and Roddenhover.

11     Q.  Those are the only two?

12     A.  Cole and Roddenhover were the only two

13  recruits, female recruits, that I feel as though

14  disrespected the recruit handbook and the

15  integrity of the department.

16     Q.  Are there any other females that you

17  think have been treated differently than you as a

18  recruit officer in your class?

19     A.  I think -- I think Sergeant Taylor was

20  showing favoritism to Officer Cole on -- on maybe

21  a personal level.  But I feel as though that, she

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

109

1    was treated fairly -- not fairly, but she was

2    treated more like, if somebody would say

3    something to Cole, Sergeant Taylor would defend

4    her, you know.

5         And her and Wilson had different

6    agreements in the Academy, and Sergeant Taylor

7    would always defend Cole and go against, you

8    know, everybody else.

9         And when I would say something he would

10   always, you know, say -- so I kept my mouth shut.

11        Q.   Other than Cole and Roddenhover, are

12   there any?

13        A.   Roddenhover.

14        Q.   Roddenhover, are there any other females

15   that you would compare yourself with in terms of

16   being treated differently, based on your gender?

17        A.   Based on my gender, also Officer

18   Roddenhover and Officer Cole were on no-contact

19   during their probationary period, for allegations

20   or stuff that was in their background that, I

21   believe, on Roddehover's incident through her

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

110

1    stuff, when they did a lockup.  I believe she had

2    a felony on her background, and they never

3    terminated her from, you know, the Department.

4    She's still employed with the Department.

5         So I felt as -- I feel as though, that,

6    if the Internal Affairs agent did a fair

7    investigation on her, how come they didn't do a

8    fair investigation on me.  If she had a felony

9    and me and her was in the Academy, in the same

10   class, at the same time.

11        Q.  So you're -- the basis for you claiming

12   that you're being treated differently, is based

13   on the way that they treated Cole and --

14        A.  Roddenhover.

15        Q.  -- Roddenhover?

16        A.  Roddenhover.

17        Q.  Roddenhover?

18        A.  Yes.

19        Q.  Any -- any other females?

20        A.  No.  And that's based on gender.

21   Because, like I said, it was a black, Afric --

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

111

1    you know, black female, and it was a Caucasian.

2    And I'm a black African-American.

3         Q.   Now, you also have a Count 2,

4    discrimination based on race?

5         A.   Uh-huh.

6         Q.   What is the basis for your claim that

7    they have discriminated against you because of

8    your race?

9         A.   Because Officer Holsom is a Caucasian

10   and I'm a male; and that Officer Holsom, when he

11   came to work smelling like alcohol, should have

12   been terminated or should have been to the PFC to

13   make sure that, you know, he wasn't still drunk

14   or things of that nature.

15         Also race dealing with Roddenhover,

16   because she's a white female, and Cole because

17   she's a female.  But race, as far as those two.

18         Q.   Cole, I thought you told me, was black?

19         A.   Yeah, she black.  So Roddenhover and

20   Officer Holsom, because they're both Caucasian.

21         Q.   And if I remember your testimony

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

112

1    earlier, you said that other than that one

2    conversation you had with Roddenhover after the

3    day he came to work smelling of alcohol --

4         A.   I mean Holsom.

5         Q.   I'm sorry, Holsom.  -- after the day he

6    came to work smelling of alcohol, you don't know

7    whether or not he's been disciplined in any way?

8         A.   No.  I don't know if he's been

9    disciplined.  But from my understanding, he

10   wasn't dis -- from my understanding, he was never

11   disciplined.

12        Q.   And what's the basis for your

13   understanding of that?

14        A.   Because when I asked him that -- you

15   know, a couple days later, nothing never came of

16   it.  They just sat him downstairs in the

17   cafeteria to make sure, you know, he would sober

18   up or whatever.

19        Q.   But other --

20        A.   And I'm pretty sure he would -- it would

21   have got around the classroom that he got written

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

113

1    up or, you know, terminated or he got a 750 in

2    his jacket or something of that nature.

3         Q.  But other than that one conversation,

4    you don't know one way or the other --

5         A.  Right.

6         Q.  -- what happened with him?

7         A.  Right.

8         Q.  Anybody else that you're comparing

9    yourself to based on your race?

10        A.  Eric Garcia.  Being a hispanic male that

11   was terminated for failure to, you know, pass the

12   PT test.  Which it states in the blue -- states

13   in the handbook, and he was terminated -- started

14   the Academy in '03, he was terminated in '04.

15   And he was brought back ten months later, in --

16   in March of '05.

17        Q.  Do you know why he was terminated?

18        A.  He was terminated because he couldn't

19   pass the test, the physical fitness test.  Which,

20   in your documentation, you show that -- that --

21   it was blacked out -- that it was a hispanic male

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

120

1    stated, she would be under gender.  The race part

2    would be under Eric Garcia, Roddenhover and

3    Holsom.

4        Q.  You also have a count here for

5    retaliation?

6        A.  Uh-huh.

7        Q.  Who retaliated against you?

8        A.  I believe that Lieutenant Taylor

9    retaliated against me for asking him the

10   questions that I asked him.

11       Q.  And which questions are those?

12       A.  What -- what should I do if a drunken

13   recruit comes to work, or what should I do if I

14   see an officer bring -- you know, doing something

15   wrong, as far as stealing something from a

16   citizen.  And I was just asking general

17   questions, because if this is a job I'm going to

18   be doing, to protect the citizens of the District

19   of Columbia as an official, if I can't come to

20   you and ask you and have a general conversation

21   with you about something, without you trying to

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

121

1    pull official rank, then I'm going to end up

2    being corrupt like the rest of these officers.

3    And I'm not a corrupt officer, or corrupt person,

4    I should say.

5        Q.  Do you believe that Sergeant Taylor

6    retaliated against you because you're black?

7        A.  Yes.  I believe he retaliated against me

8    because of my statement, that I made.

9        Q.  Okay.  But my question is, do you

10   believe that he retaliated against you because

11   you're black?

12       A.  I'm going to state again, I believe he

13   retaliated against me.  Now, whether he's black

14   -- whether I'm black or white, what I say, I

15   could say yeah, he could say no.  But it's -- you

16   have to ask him that.

17       Q.  No.  I don't -- no.  This is your

18   complaint, you have the allegations.  You have a

19   retaliation claim here based on the Civil Rights

20   Act of 1964.

21       A.  Uh-huh.

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

122

1      Q.  That is a statute that protects people

2   against discrimination based on certain

3   categories.

4      A.  Uh-huh.

5      Q.  Race and gender are two of categories.

6      A.  Uh-huh.

7      Q.  My question to you is, do you believe

8   that Sergeant Taylor retaliated against you

9   because of the fact that you're black?

10     A.  I believe Sergeant Taylor had Agent

11  Moore, who's the investigator, retaliate.  So,

12  yes, I believe that Agent Moore, who is a female

13  for the Department, had -- Sergeant Taylor had

14  some influences on that.  So, yes, they're all

15  combined.  So, yes, I do believe so.

16     Q.  Because you're black?

17     A.  Because I'm black.  And I believe that

18  he used an Internal Affairs, meaning Agent Moore,

19  to put stuff down in her report and leave a lot

20  of stuff out of her report.  So, yes, I do

21  believe.

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

123

1      And race discrimination go on gender

2  because of Agent Moore, because he's a black --

3  because she's a female.  And that -- that's who

4  did my investigation.

5      Q.  How did Sergeant Taylor retaliate

6  against you?

7      A.  Sergeant Taylor retaliated against me

8  using the Internal Affairs Agent.  When I asked

9  Sergeant Taylor could I talk to, you know, the

10  Internal Affairs person, he indicated no.

11      Also, how could, you know, all this

12  stuff come about, meaning, when the charges got

13  dismissed out of court, you know, I didn't know

14  -- I didn't talk to my investigator from -- until

15  my class had graduated.  So the whole time my

16  folder is at the Academy, during the time frame

17  from February to May, when it went down to the

18  PFC for, I guess, Internal Affairs person to take

19  a look at it.  Why was my folder held so long?

20      Why was my folder just sitting at the

21  Academy all that time, from February all the way

DEPOSITION OF TROY ANTHONY THOMPSON
Conducted on December 28, 2007

124

1   until May.  My folder didn't go down to the PFC

2   until May.  And the reason why I know my folder

3   went down there in May is because, before Eric

4   Garcia got terminated, me and him were the ones

5   that went down th PFC to drop my folder.  And he

6   said, yeah, he just took your folder.  This is

7   your folder right here going down to the PFC.

8   That's how I know my folder was -- what the

9   actual month that my folder went down to the PFC.

10  All that time my folder was sitting at the

11  Academy.

12          And how was Agent Moore able to contact

13  Latonya Torrance in April.

14      Q.  And you believe that they did all this

15  to you because you're black?

16      A.  I believe that Agent Moore -- I believe

17  Sergeant Taylor had something to do with it.  And

18  I believe that Agent Moore, being a female,

19  retaliated against me.

20      Q.  Because you're a male?

21      A.  Because I'm a man.

ORIGINAL

| | | |
|---|---|---|
| TROY THOMPSON, | * | IN THE |
| Plaintiff, | * | UNITED STATES DISTRICT COURT |
| vs. | * | FOR THE |
| DISTRICT OF COLUMBIA, | * | DISTRICT OF COLUMBIA |
| Defendant. | * | CASE NO. 06cv00063 |
| | * | Judge: Emmet G. Sullivan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Deposition of DAMION LAMONT TAYLOR, called for examination by Counsel for the Plaintiff, having been sworn by Linda M. Shaw, Notary Public in and for the State of Maryland, taken at the Office of the Attorney General for the District of Columbia, One Judiciary Square, 441 4th Street, N.W., 6th Floor South, Washington, DC 20001, at 4:26 p.m., Wednesday, January 23, 2008.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPORTED BY:

                    LINDA M. SHAW



Precise Reporting Services
(301) 210·5092
Serving MD, D.C. & VA

15

1    make sure we have housing accommodations prepared,

2    uniforms, enough uniforms, so forth like that.  But

3    pretty much that week before, that's the most

4    communication I have on my level with the Recruiting

5    Division.

6        Q    I see.  Generally speaking, how many recruits

7    make up a class in the Academy?

8        A    Generally speaking, twenty to twenty-five --

9    twenty, on average, I would say.

10       Q    An at any given time, how many recruits would

11   you have -- how many applicants, I would say, the pool of

12   applicants, how many would you say?

13       A    That's a Recruiting Division question.

14       Q    Okay.  So that, that's something that you

15   wouldn't have any idea of?

16       A    No, sir, I wouldn't.

17       Q    And this may be a part of Recruitment as well;

18   during the recruitment stage, is MPD conscious of the

19   racial and gender make-up of classes?

20            MR. JACKSON:  Objection to the form of the

21   question.  You can answer, if you know.

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

16

1        A    Would you repeat the question?

2        Q    Is it part of the recruitment and retention

3   process to be conscious of the racial and gender make-up

4   of the recruits?

5        A    I think that's a Recruiting Division, too.  I'm

6   not certain.

7        Q    So that's something that's never discussed on,

8   on --

9        A    No.

10       Q    -- the training level?

11       A    I have, I have nothing to do with recruiting.

12   I take the class that's been assigned to me.  I have

13   nothing to do with how many males, females, African

14   Americans, Caucasians, Hispanics.  I have nothing to do

15   with that.

16       Q    During the course of your training, did you

17   receive any kind of diversity training?

18       A    Yes.  I received diversity training.

19       Q    And is that a required course for all MPD

20   Officers?

21       A    To my knowledge.  There was a period of time

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

17

1    where we were receiving sensitivity and diversity

2    training on a regular basis before my assignment to the

3    Academy.  And, I believe there has been incorporated

4    doing annual in-service training, as well, but again, I'm

5    not in the position to say what's required.

6        Q    I mean, like I said, I just want you to answer

7    as best you can.

8        A    Yes.

9        Q    But, I guess, the specific question I'm asking,

10   on the training level, --

11       A    Mm-hm.

12       Q    -- is diversity ever an issue that's discussed

13   as part of training?

14       A    Yes.

15       Q    It is discussed?

16       A    Absolutely; yes.  We do have sensitivity and

17   diversity training.

18       Q    In the training, within your, within the

19   training sector?

20       A    You mean, for the, --

21       Q    Right.

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

18

1     A    -- before the --

2     Q    In other words, is that an accommodation that

3   you at the time as being a training official, that you

4   were conscious of?

5     A    I'm sorry; I'm just kind of confused with your

6   question.

7     Q    I'm asking you, you said you received diversity

8   training.

9     A    Right.

10    Q    So what I'm asking you is, as part of the

11  recruitment and training process, --

12    A    Yes.

13    Q    -- more specifically training, --

14    A    Okay.

15    Q    -- is diversity a factor that is a part of the

16  determination of success for your various classes?

17         MR. JACKSON:  Objection as to the form of the

18  question, but you can answer.

19    A    I don't, I can't -- that question, I'm not

20  certain exactly what you're asking me.

21    Q    So even though you were trained regarding

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

19

1    diversity, --

2         A    Right.

3         Q    -- when you were making decisions and when you

4    were in the Training Division, --

5         A    Mm-hm.

6         Q    -- there was no discussion on any level about

7    diversity as relates to training?

8              MR. JACKSON:  Objection.

9         Q    I mean, it's a 'yes' or 'no'. If you don't

10   recall it --

11        A    As it, we do receive training.  I'm trying to

12   answer your question as best I can.  I'm just trying to

13   understand what you're asking.

14        Q    All right.

15        A    We do receive training regarding the EEO

16   standards --

17        Q    Okay.

18        A    -- and regulations for the D.C. government.

19        Q    Okay.

20        A    -- and the Federal government.

21        Q    Okay.

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

30

1       Q    Did you generate any recommendations during the

2   course of the time you were --

3       A    For --

4       Q    -- at the training facility?

5       A    For someone to be removed?

6       Q    Yes.

7       A    Terminated?

8       Q    Yes.

9       A    No.  Not that I recall.

10      Q    So if a recruit is unsuccessful in the physical

11  as well as the academic components of the class, maybe,

12  may they be dismissed on those grounds?

13      A    Yes.  There have been instances where I recall

14  recruits were dismissed for physical skills.

15      Q    Is it possible to continue if you failed one

16  component, say, the physical, and you were able to pass

17  the academic?

18      A    I'm not the best one to ask that question to.

19  That was above my head.

20      Q    Do you recall any incidents during the time

21  that you were there where you were aware of someone that

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

31

1    failed, for example, the academic portion, but yet was

2    still able to continue, and eventually became an

3    Officer?

4        A    Well, I know that the recruits are generally

5    given three times to fail an examination, and then

6    there's some underlying circumstances with that. But do

7    I recall a instance where a recruit failed three? Again,

8    I can't be certain because I wasn't there. I don't

9    administer the tests.

10       Q    Mm-hm.

11       A    That's something that's done at the Academic

12   Studies Branch. All I would do is take my class to the

13   Branch and they would administer the test and they tell

14   me who passed, who failed. I know there were instances

15   where people had three examinations. That was their

16   third exam and they may have failed and have a grievance

17   and so forth, that may have been filed. You know, I was,

18   that was basically something that I wouldn't, I didn't

19   witness and I wouldn't necessarily be a part of.

20       Q    So I need to understand your earlier response.

21   So you had the authority to recommend the termination of

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

36

1    interfacing within the community; is that correct?

2        A    Correct.

3        Q    Would that involve discussing the Department's

4    image in the community?

5        A    Correct.

6        Q    To what extent did you discuss the Department's

7    image and the significance of that?

8        A    Well, it would be the Code of Ethics, for

9    instance, as one thing that the recruits would be

10   expected to learn and recite during their graduation

11   date.  So we would discuss the various aspects of the

12   Department's Code of Ethics.  There is a General Order

13   that addresses Officer conduct, personal appearance and

14   so forth.

15       Q    Mm-hm.

16       A    We discuss that for a period of time throughout

17   the training phase.

18       Q    Is that General Order 201?

19       A    Point 26.  Yes.

20       Q    And could you kind of paraphrase what that is,

21   exactly?

46

1      A      I brief, I briefly looked at some of it.

2      Q      Okay.  I'd like to ask you, in terms of the

3   incidents where recruits showed signs of intoxication,

4   how were those types of incidents handled?

5      A      A recruit showed signs of intoxication?

6      Q      Yes.

7      A      What type of signs of intoxication?

8      Q      If they were acting out of the ordinary,

9   clearly that they were under some type of a substance?

10      A      If I thought a recruit was clearly under a

11   controlled substance, I would bring that to the attention

12   of my supervisor at the time and follow his directives.

13      Q      Were you aware of an incident that involved

14   Recruit Charles Hoztel?

15      A      I don't know who that is.

16      Q      H-O-Z-T-E-L?

17      A      Am I aware of a --

18      Q      An incident regarding alcohol that involved

19   that Recruit?

20      A      No.

21      Q      Do you know who Charles Hoztel is?

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

47

1        A    I don't know if his name was Hoztel.  I don't

2   remember a Recruit Officer Hoztel.  I can't recall his

3   first name, though.

4        Q    Anything?

5        A    I do vaguely recall having a Recruit Officer

6   Hoztel in my class.

7        Q    Do you recall his nationality?

8        A    I believe he was white.

9        Q    Do you know if he graduated with the '04

10  class?

11       A    I believe he did.

12       Q    Do you recall an incident that involved

13  Recruits Colt and Ridohover?

14       A    Ridohover?

15       Q    R-I-D-O-H-O-V-E-R.

16       A    I remember a Recruit Officer Ridohover.  Who

17  was the other person?

18       Q    Colt.

19       A    Spell that, please.

20       Q    C-O-L-T.

21       A    Colt.  C-O-L-T?

50

1    has a flag, and typically the Recruit Officers try to

2    retrieve each other's class flags that they have left

3    unattended.

4         Q    So this is just a form of, like, general

5    bantering between --

6         A    Yeah.  It's nothing --

7         Q    -- recruits?

8         A    There's no official guidelines that take place

9    with regard to that.

10        Q    And so that would not be considered, based on

11   what you're saying, a form of breaking or entering or any

12   type of serious misconduct?

13        A    Absolutely not.

14        Q    Do you recall any incidents where you directly

15   and verbally reprimanded Mr. Thompson?

16        A    Where I directly and verbally reprimanded Mr.

17   Thompson?  During the most, the most memorable incident I

18   recall is during the recital of the Code of Ethics.

19   Former Recruit Officer Thompson and I had an encounter

20   about his behavior during the course of that exercise.

21        Q    And what -- could you kind of tell me what

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

51

1  happened?

2      A    Well, pretty much the Code of Ethics is about

3  four paragraphs long.  It's pretty long.  And the Recruit

4  Officers, again, are expected to be able to recite that

5  at the graduation date, just during the course of the

6  program.  So the recruits were required to learn a

7  paragraph at a time over about a month's period of time.

8          And on this particular day, the Recruit

9  Officers in a class of, maybe, 24 Recruit Officers, they

10  were on, I think, the last paragraph, and they were all

11  expected to be able to verbally recite it.  So we, pretty

12  much, went around the room, one at a time, and everyone

13  attempted to recite that paragraph.  Any Recruit Officer

14  that stumbled or staggered or seemed to not be able to

15  naturally recite it had to start over.  Everyone was

16  expected to recite it.  A few people stumbled, staggered,

17  had some problems with it, seemed that they didn't know

18  it, so they had to start over.

19          Once I got to Recruit Officer Thompson, at the

20  time, he had the same problem with reciting it.  I told

21  him he had to do it over a couple of times, until I was

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

52

1   comfortable that he recited it well enough to present it

2   to the Chief of Police during the graduation ceremony.

3   He appeared to get agitated, upset because I had him

4   repeat it a few times, and I explained to him that it was

5   his responsibility to learn it.  He had the same amount

6   of time to learn it, like everyone else, and in so many

7   words explained it.  There wasn't a reason for him to be

8   upset about it.  He just had to recite it again.  But

9   again, he appeared to be really emotionally agitated by

10  it.

11          So I asked him to step out into the hallway so

12  that we could discuss it out of the presence of the

13  class.  When we got into the hallway, he assumed this,

14  like, fight position, like, fighting stance, it was like

15  a defensive tactic stance that we train recruits.  He

16  took a fighting, combative stance that really caught me

17  off guard.  I tried to calm him down.  I directed him to

18  go into the bathroom, the restroom and cool down.  He

19  didn't move or say anything.  After that, I directed him

20  to go downstairs and remove his uniform and I reported

21  the incident to the Lieutenant.

PRECISE REPORTING SERVICES
(301) 210-5092   (877) 4 A STENO

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

71

1  whatever reason, I believe that in Officer Thompson's

2  instance, that did take place, because of an

3  investigation that he had, that was totally non-related

4  to me, that that period of time is normally added on at

5  the tail end for the probationary period for that

6  particular member.

7      Q     What, what do you recall about the, this, these

8  incidents that had nothing to do with you?

9      A     I have no official recollection.  To the best

10  of my knowledge, there was a domestic incident that took

11  place involving Recruit Officer Thompson, but I was not

12  part of that investigation, so I wasn't privy to any

13  information.  But I believe I did hear that there was an

14  investigation and perhaps that was after he had already

15  been removed from my class and placed in another class or

16  placed in a different status.  I just don't, I have no,

17  no recollection of that.

18      Q     Mm-hm.  Do you, did you ever discuss his

19  individual, his individual recruitment with any of the

20  other recruit officials?

21      A     His training?

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

75

1    Skills.  And all that information is retained by the

2    Administrative Office.

3         So, up until the point of the recommendation,

4    Recruit Officer Thompson had passed his examinations.  He

5    hadn't failed three examinations.  I don't recall that

6    being the situation.  I don't recall him failing his, any

7    of his physical skills exercises or his vehicle skills

8    exercises.  I don't remember that being the situation,

9    so.

10        Q    So based on what you're saying, you could say

11   that he completed his training at that point; right?

12        A    Up until the point of the recommendation I

13   made, he was completing his training as required.

14        Q    What had he not completed, up to that point,

15   which would have been considered part of graduation?

16        A    Up until the point of the exercise with the

17   Code of Ethics, he completed everything that the other

18   Recruit Officers in the class had completed.

19        Q    So the only thing he didn't complete was the

20   Code of Ethics?

21        A    That was an exercise.  That wasn't something

DEPOSITION OF DAMION LAMONT TAYLOR
Conducted on January 23, 2008

76

1    that would be documented.

2        Q    But other than that exercise?

3        A    Other than that exercise, he completed, to the

4    best of my knowledge, because he was, I recall him being

5    with the class.  Generally if a Recruit had failed, for

6    instance, the physical examination test and they fail

7    more than the required three times, or I would, that

8    goes, you know, I'm not assigned to that Unit, but they

9    would remove a Recruit Officer from the program pending

10   an outcome as to whether this Recruit is going to be

11   terminated or what have you, because they failed the

12   required test.

13       But Recruit Officer Thompson was in the class

14   and he was moving along with the class --

15       Q    Mm-hm.

16       A    -- and he was being giving the exercise along

17   with the class, so to the best of my knowledge, he was

18   progressing satisfactorily, as everyone else in the

19   class.

20       Q    Now, do you -- I want to make sure I understood

21   what you said earlier.  You said that these individual