☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR   PRINCE GEORGE'S COUNTY- DISTRICT
*City/County*

Located at 14735 MAIN ST. RM 173B, UPPER MALBORO, MD 20772    Case No. 1c00233444
*Court Address*

STATE OF MARYLAND         VS         THOMPSON, TROY
*Defendant*

## CERTIFICATE OF COMPLIANCE

On this   05   day of   April, 2005.         I have complied with the Order for Expungement of Records dated     JAN-28-2005.            entered in the above-captioned case.

```
DIRECTOR
CJIS-CENTRAL REPOSITORY
1201 REISTERSTOWN ROAD
PIKESVILLE, MARYLAND 21208
```

*Custodian*
*Signature*
*Title*

THOMPSON, TROY
RMW/EB 05-APR-05