

**DISTRICT COURT OF MARYLAND FOR** Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No.  001E00233444

**STATE OF MARYLAND**    VS.    **THOMPSON, TROY**
ID.  X0427210        D.O.B.  04/27/1975
2110 Trafalgar Dr, Fort Washington, MD 20744-0000
Central Complaint #

## ORDER FOR EXPUNGEMENT OF POLICE AND COURT RECORDS

The applicant/petitioner THOMPSON, TROY of 2110 TRAFALGAR DR, FORT WASHINGTON, MD, having been found to be entitled to expungement of the police records pertaining to the arrest, detention, or confinement of the applicant/petitioner on or about 02/22/2004 at PR.GEO.CO., Maryland by a law enforcement officer of the Pr.geo. County-Administrative Office and the court records in this action, it is by the District Court of Maryland, this 25th day of January, 2005

ORDERED that the clerk forthwith shall serve a true copy of this Order on each of the parties to this proceeding; and it is further

ORDERED that 30 days after entry of this Order or upon expiration of any stay, the clerk shall serve on each custodian of police and court records designated in this Order and on the Central Repository a copy of this Order together with a blank form of Certificate of Compliance; and it is further

ORDERED that within 30 days after service of this Order the clerk and the following custodians of court and police records and the Central Repository shall 1) expunge all court and police records pertaining to this action or proceeding in their custody, 2) file an executed Certificate of Compliance, and 3) serve a copy of the Certificate of Compliance on the applicant/petitioner.

**Bond Commissioner**
14735 Main Street
Upper Marlboro, MD 20772

**Criminal Justice Information System**
Po Box 32708
Pikesville, MD 21208

**Pr.geo. County-Administrative Office**
7600 Barlowe Road
Landover, MD 20772

**Prince George County Sheriff's Dept**
14735 Main Street
Upper Marlboro, MD 20772

**Prince George's County Detention Center**
13400 Dille Drive
Upper Marlboro, MD 20772

**States Attorneys Office**
14735 Main Street Room 348M
Upper Marlboro, MD 20772

True Test Copy
By: D.BADEN   Date: 3/8/05

Date: 1-28-05

Judge: [signature]

Tracking No. 031002007400

**DISTRICT COURT OF MARYLAND FOR** Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 001E00233444

**STATE OF MARYLAND    VS. THOMPSON, TROY**

## CERTIFICATE OF COMPLIANCE

On this 14 day of 3 (Month), 05 (Year), I have complied with the Order for Expungement of Records dated 01/25/2005 entered in the above-captioned case.

Custodian: Dist Ct

Signature: M Simms

Title: Ne Sup

Tracking No. 031002007400
DC/CR 77 (Rev. 11/97)