

TBoy ↓

← MS Torrance



Troy with hair before joining MPD

↑
Ms Torrence



Thay

MS Torrance