

DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C)
UPPER MARLBORO     MD 20772-3042
                                                                              0502

CASE NUMBER: 1E00233444

TO: MONTGOMERY, MONTE D JR
5407 WATER STREET
SUITE 107
UPPER MARLBORO    MD 20772

STATE OF MARYLAND  VS.  THOMPSON, TROY

NOTICE

IN ACCORDANCE WITH MARYLAND RULE 4-247, YOU ARE HEREBY NOTIFIED THAT ON MARCH 16, 2004, THE STATE'S ATTORNEY ENTERED A NOLLE PROSEQUI IN THE ABOVE CASE. THAT IS, THE STATE'S ATTORNEY HAS DETERMINED THAT THE CASE WILL NOT BE PROSECUTED.

BY: MARY JONES ABRAMS            DATE: 03/16/04
    (CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 952-4080.

HEARING/SPEECH IMPAIRED CALLERS ONLY, TELEPHONE TTY/TT 1-800-925-9690 OR (301) 952-4080 (VOICE) THRU MARYLAND RELAY SERVICE AT 1-800-735-2258.

TRACKING NUMBER: 03-1002-00740-0