UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:06-cv-00063 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR A
BRIEF EXTENSION OF TIME TO FILE REPLY**

Defendant District of Columbia (hereinafter the District"), by and through the Office of the Attorney General, hereby moves this Court pursuant to Fed. R. Civ. P. 6 and LCvR 7 (m) for an order extending the time for the District to file its reply to Plaintiff's opposition to the District's motion for summary judgment from Friday July 11, 2008, up to and including Wednesday, July 16, 2008. In support of this motion the District states as follows:

1.  This is an employment discrimination case concerning plaintiff's termination from the Metropolitan Police Department.

2.  Pending before this Court is the Defendant's motion for summary judgment and Plaintiff's opposition.

3.  On June 27, 2008, this Court ordered the District to file its reply by July 11, 2008.

4.  The District seeks a short extension (3 business days) of time to file its reply because during the past two-weeks undersigned counsel has spent a considerable amount of time preparing for a July 21, 2008 trial. *Medina v. District of Columbia*, 97-cv- 594 (JMF).

5.  Counsel for Plaintiff has consent to this motion and, therefore, Plaintiff will not be prejudiced if this motion is granted.

6.  This is the District's first request for an extension of time to file its reply.

7.  If this motion is granted it will not interfere with any future court dates.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/Samuel C. Kaplan/s/
    SAMUEL C. KAPLAN [463350]
    Assistant Deputy Attorney General

    /s/David A. Jackson/s/
    DAVID A. JACKSON [471535]
    Assistant Attorney General
    Office of the Attorney General
    441 Fourth Street, NW, 6 South
    Washington, D.C.  20001
    Direct Line: (202) 724-6618
    Facsimile: (202) 727-3625
    E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY THOMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:06-cv-00063 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S CONSENT MOTION FOR A
BRIEF EXTENSION OF TIME TO FILE REPLY**

1. Fed. R. Civ. P. 6(b) (1) and LCvR 7 (m).

2. The consent of counsel for Plaintiff.

3. The discretionary power of this Honorable Court.

4. The entire record herein.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/Samuel C. Kaplan/s/
    SAMUEL C. KAPLAN [463350]
    Assistant Deputy Attorney General

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov