**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TROY A. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-63 (EGS) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER AND JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered for defendant and against plaintiff; and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            August 28, 2008**

1