**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Human Rights



Judiciary Square Office
441 4th Street, NW Suite 570N
Washington, DC 20001
Phone (202) 727-4559 • Fax 202 727 9589

Kenneth L. Saunders
Director

Penn Branch Office
1220 Pennsylvania Avenue, SE, 1st F
Washington, DC 20020
Phone (202) 727-4559 • Fax (202) 645-6390

January 10, 2005

Troy Thompson
P.O. Box 441333
Fort Washington, MD 20749

RE: Docket No.: 04-425-DC(CN)
<u>Troy Thompson v. DC Metropolitan Police Department</u>

Dear Mr. Thompson

In accordance with the provision of the D. C. Human Rights Act of 1977 as amended, mediation of the above-referenced matter has been scheduled for the following date and time.

Date:     January 25, 2005

Time:     6:00 p. m.

Location: 441 4th Street. N. W. Room 570N

Please contact me or Tecora Martin, Mediation unit, on (202) 727-0455 to confirm the Mediation date and time. Your cooperation will be greatly appreciated.

Sincerely,

Georgia Stewart
Mediation Supervisor

[handwritten notes: "Stood up – re-sched'lc 12 am Fri. 1/28 also last min. cancelled"; "727 4921"; "confirmed 1-24-05 also confirmed w/ R. Collins (Ms. Brown)"]



# COLLINS & TALLEY, LLC
ATTORNEYS AND COUNSELORS AT LAW



201 Centennial Street, A-2
Tel 202-546-7323

Kenneth A. Talley*
Reuben B. Collins, II**

*Admitted Maryland
**Admitted in D.C., Maryland & New Jersey

P.O. Box 1857
La Plata, MD 20646
Tel. 301-934-4366
Fax: 301-934-1668

www.dcmdlawyers.com

August 10, 2005

**VIA FACSIMILE & FIRST CLASS MAIL**
Melissa Sharpe-Jones, Investigator
OFFICE OF HUMAN RIGHTS
441 4th Street, NW
Suite 570N
Washington, DC 20001

RE:   **Docket No: 04-0425-DC**
      **Troy Thompson v. MPD**

Dear Ms. Sharpe-Jones:

The statutory 180 day period required to investigate this claim has expired according to my records. As a result, my client is requesting an immediate hearing or in the alternative, the issuance of a Notice of Right to Sue in Federal District Court against the above-named respondent. It is my understanding that if the Equal Employment Opportunity Commission (EEOC) issues a Notice of Right to Sue no further action will be taken, and the case will be administratively closed by the EEOC. I understand that such withdrawal may terminate all action by the OHR to this complaint.

Please contact me at (301) 934-4366 if there are any questions. Thank you.

Sincerely,

COLLINS & TALLEY, LLC

Reuben B. Collins, II
Attorney for Troy Thompson